

COPY

2012 JAN 12 AM 8:20

A TRUE COPY

1

2

3

4

5

6      IN THE CIRCUIT COURT OF THE STATE OF OREGON

7      FOR THE COUNTY OF WASHINGTON

8

MILESTONE SYSTEMS, INC., an
Oregon corporation,

9

          Plaintiff,

10

   v.

11

RICH SCHERMERHORN,

12

          Defendant.

13

**C12-0177CV**

Case No. _____

COMPLAINT
(Declaratory Judgment and
Injunctive Relief)

NOT SUBJECT TO MANDATORY
ARBITRATION

Fee Authority: Ch. 595, Sec. 8(1),(2)(a)

14                      **FACTUAL ALLEGATIONS**

15                           1.

16       Milestone Systems, Inc. ("Plaintiff") is an Oregon corporation with its principal place of

17 business in Beaverton, Oregon.

18                           2.

19       Rian Schermerhorn ("Defendant"), by information and belief, is a resident of Washington

20 State. He has consented to the jurisdiction of Oregon courts.

21                           3.

22       Plaintiff provides open platform software for managing IP network-based video security

23 surveillance systems scaled to meet different customer needs in all industry sectors in the global

24 marketplace. Its products are compatible with IP cameras, encoders and digital video recorders.

25                           4.

26       Defendant was employed by Plaintiff from October 19, 2009 through May 20, 2011,

PAGE 1- COMPLAINT

F:\m\MILSY\SCR\Pleadings\COMPLAINT.wpd

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

Exhibit 1 p 1 of 82

1    when his employment was terminated.

2                                            5.

3        In a September 30, 2009 offer letter, Exhibit 1, Plaintiff informed Defendant that as a

4    condition of his employment he would be required to sign an Employee Confidentiality,

5    Intellectual Property and Noncompete Agreement.

6                                            6.

7        Defendant's first day of employment was October 19, 2009.  In consideration for

8    employing Defendant, Defendant executed an Employee Confidentiality, Intellectual Property

9    and Noncompete Agreement ("Agreement"), Exhibit 2.  In pertinent part, the Agreement states

10   as follows:

11                * * *

12               2.    Confidential Information. "Confidential Information" means all
          trade secrets, know-how, computer programs (whether in source code or object
13        code), mathematical formulae, theories, techniques, procedures, processes,
          strategies, methods, systems, designs, the identity of and any information
14        concerning affiliates or customers, the identity of and any information concerning
          suppliers, production methods and sources, marketing and sales information,
15        information received from others that Company or its parent corporation are
          obligated to treat as confidential or proprietary, and any other technical, operating,
16        financial and other business information that has commercial value that Employee
          may develop or acquire knowledge of in Employee's work for Company.
17        Confidential Information does not include general skills, experience or
          information that is generally available to the public or has entered the public
18        domain other than through Employee's direct or indirect act or omission.

19               Employee agrees to maintain Confidential Information in confidence both
          during and after employment, and to use such information only in the fulfillment
20        of Employee's duties to Company. Employee will not use Confidential
          Information, directly or indirectly, for Employee's personal benefit or for the
21        benefit of any other person or entity, or in any manner adverse to the interests of
          Company.  Employee will not disclose Confidential Information, directly or
22        indirectly, except to persons authorized by Company to receive such information,
          without Company's express prior written consent.

23
                 When Employee's employment terminates, Employee will immediately
24        return all Confidential Information, and any copies thereof, (including without
          limitation written or printed documents, email and computer disks or tapes,
25        whether machine or user readable, computer memory, and other information
          reduced to any recorded format or medium) containing, summarizing, abstracting
26        or in any way relating to Confidential Information.

PAGE 2-  COMPLAINT

F:\m\MLSY\SCRI\Pleadings\COMPLAINT.wpd

Exhibit 1 p 2 of 82

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

1        * * *

2            4.    Non-compete.  Unless Company gives prior written permission,
    Employee agrees that during the term of Employee's employment and for a period
3   of one year after termination of the employment for any reason, Employee will not
    (i) accept any employment, consulting or other assignment with, (ii) have an
4   ownership interest in, or (iii) otherwise become engaged in any business with, any
    Competing Business. "Competing Business" shall mean that portion or segment of
5   the business of any person, corporation or other entity which indirectly or directly
    is engaged in the sale or production of products or services of a kind similar to or
6   competitive with any products or services produced by Company or its
    subsidiaries or affiliates.

7
            5.    No hire, no solicitation. Unless Company gives prior written
8   permission, Employee agrees that during the term of Employee's employment and
    for a period of one year after termination of the employment for any reason,
9   Employee will not directly or indirectly (i) hire, recruit, solicit or otherwise induce
    an employee or consultant of Company to discontinue its employment or
10  consulting relationship with Company, or (ii) induce or encourage a customer,
    vendor, reseller or wholesaler of Company to reduce or cease doing business with
11  Company.

12          6.    Injunctive Relief.  Employee agrees that Company will suffer
    irreparable harm due to a breach of this Agreement, for which monetary damages
13  will not suffice.  Accordingly, in addition to Company's other remedies, Employee
    agrees to the entry of preliminary injunctive relief and a temporary restraining
14  order in the event of an actual or threatened breach of this agreement.

15          7.    Inspection and Return of Materials.  Employee agrees that upon
    termination of his/her employment, or upon earlier request by Company,
16  Employee shall return all Company materials, including but not limited to
    computers, computer files and media, data, documents, drawings, engineering log
17  books, equipment, inventor notebooks, programs, prototypes, records, samples,
    equipment and other information and physical property, whether or not pertaining
18  to intellectual property and no matter where located, that were furnished to
    Employee by Company or produced by Employee or others in connection with the
19  Employee's employment. Such materials shall remain the sole and exclusive
    property of Company.  Employee agrees that any Company property situated on
20  the Company's premises or at the Employee's home or other locations, including
    computers, e-mail, voicemail, disks etc, is subject to inspection by Company.

21
        * * *
22
            9.    Miscellaneous.  This Agreement shall survive termination of
23  Employee's employment by Company or any of its affiliates This is the entire
    agreement between the parties on this subject matter, and supersedes all prior
24  agreements or understandings, written or oral. This Agreement may be amended
    only in writing signed by both parties. This Agreement shall be binding upon and
25  inure to the benefit of Company, its successors and assigns and shall be binding
    upon Employee, Employee's heirs, executors, administrators or other legal
26  representatives. To the extent any clause of this Agreement is deemed
    unenforceable, the Agreement shall remain in force and the unenforceable clause

PAGE 3-  COMPLAINT
F:\m\MILSY\SCRI\Pleadings\COMPLAINT.wpd

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

Exhibit 1 p 3 of 82

1

2    shall be narrowed only to the extent required to implement the intent of the parties
     as well as possible. This Agreement shall be governed and construed under
3    Oregon law and each party consents to the sole jurisdiction of the federal and state
     courts of the state of Oregon with respect to any dispute arising out of Employee's
4    employment with Company or this Agreement.

5                                        7.

6          Defendant was employed as the NW Territory Manager, in the western United States. He

7    was responsible for developing business and revenue growth in his region by working with end

8    users and distributors.  At the time his employment was terminated, he worked directly under

9    supervision of the Vice President of Field Sales.

10                                       8.

11         When Defendant was hired, he was given access to confidential, proprietary and trade

12   secret information for Plaintiff's business across the United States.  In the performance of his job

13   duties, Defendant utilized this information on a regular basis.

14                                       9.

15         This confidential, proprietary, and trade secret information included specific customer

16   information, dates of customer purchases, and products purchased for customers throughout the

17   entire United States; detailed financial information; detailed competitive pricing and discount

18   structures; detailed knowledge of Plaintiff's entrance strategy into developing markets and

19   industries and product placement strategy; and Plaintiff's plans for innovative and new product

20   design and enhancement.

21                                       10.

22         This confidential, proprietary and trade secret information form the basis of Plaintiff's

23   ability to compete in the marketplace.  Plaintiff takes reasonable steps to protect its interest in

24   this information and it is not available to the public.

25                                       11.

26         Defendant had unfettered access to complete information on all of Plaintiff's customers

PAGE 4-  COMPLAINT

F:\m\MILSY\SCRI\Pleadings\COMPLAINT.wpd

Exhibit 1 p 4 of 82

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135



1  located in the western United States, and utilized this information a daily basis. Plaintiff

2  invested, and continues to invest, considerable effort, time and expense to develop and secure a

3  substantial customer clientele. This customer information included dates of purchases made by

4  those customers and the types of products purchased by those customers. As Defendant secured

5  new customers or sold to previous customers, Defendant was responsible for keeping this

6  information up to date. Defendant also had complete access to the same or substantially similar

7  customer information for customers throughout the United States.

8                                    12.

9          Defendant received formal training on how to market and sell Plaintiff's technology and

10  products throughout the world. Defendant received specific formal training and information on

11  how to compete with Plaintiff's competitors in the western United States.

12                                    13.

13          Plaintiff terminated Defendant's employment on May 20, 2011. Based on information

14  and belief, on or about July 2011, Defendant began working for one of Plaintiff's distributors,

15  not a competitor.

16                                    14.

17          Based on information and belief, on or about October 2011, Defendant began working

18  for Exacq Technologies ("Exacq"), one of Plaintiff's direct business competitors. As a direct

19  competitor of Plaintiff, Exacq identifies itself as a developer of video management system for

20  "security and surveillance applications." Exacq claims to provide scaled systems for customers,

21  and it markets its products as compatible with IP cameras, servers and storage systems.

22                                    15.

23          Based on information and belief, Defendant is employed by Exacq as "Western Sales

24  Manager" and Defendant's job responsibilities are similar to the responsibilities he had while

25  employed by Plaintiff and he manages in the same territory as he managed while employed by

26  Plaintiff.

PAGE 5-  COMPLAINT
F:\m\MILSY\SCRN\Pleadings\COMPLAINT.wpd

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

Exhibit 1 p 5 of 82

1

2                                    16.

3        On October 18, 2011, by and through its attorney, Plaintiff sent Defendant a letter

4   reminding Defendant of his obligations to Plaintiff and asking him to cease his employment with

5   Exacq.  To date, Plaintiff has not received any response from Defendant.

6                            **First Claim for Relief**

7                          **(Declaratory Judgment Relief)**

8                                    17.

9        Plaintiff incorporates by reference the allegations in the preceding paragraphs of this

10  Complaint.

11                                   18.

12       Plaintiff seeks declaratory judgment under the Uniform Declaratory Judgments Act, ORS

13  28.010 to 28.160, to resolve this definite and concrete controversy between the parties.

14                                   19.

15       Plaintiff is entitled to a judgment declaring that the Agreement is valid and enforceable

16  and that Defendant's employment by Exacq Technologies is in violation of the Agreement.

17                           **Second Claim for Relief**

18                             **(Injunctive Relief)**

19                                   20.

20       Plaintiff incorporates by reference the allegations in the preceding paragraphs of this

21  Complaint.

22                                   21.

23       Plaintiff will suffer irreparable harm if Defendant:

24       a)      Remains employed with Exacq during the term of the noncompetition provision

25               of the Agreement;

26       b)      Discloses Plaintiff's confidential, proprietary and trade secret information to

PAGE 6-  COMPLAINT
F:\m\MILSY\SCRI\Pleadings\COMPLAINT.wpd

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

Exhibit 1 p 6 of 82

1       Exacq Technologies or other entities;

2    c)    Continues to compete directly or indirectly with Plaintiff;

3    d)    Seeks further employment with any business that competes directly or indirectly

4         with Plaintiff;

5    e)    Solicits business from customers, suppliers, partners or vendors of Plaintiff by

6         directly or indirectly inducing or encouraging them to reduce or cease doing

7         business with Plaintiff; and

8    f)    Hires, recruits, solicits or otherwise induces an employee or consultant of Plaintiff

9         to discontinue their employment or consulting relationship with Plaintiff.

10                                    22.

11       Plaintiff is entitled to an injunction prohibiting Defendant from engaging in the activities

12   in the foregoing paragraph.

13                            **Prayer for Relief**

14       Plaintiff prays for the following relief:

15    1)    On its First Claim for Relief, for a declaratory judgment that the Agreement is

16   valid and enforceable, Defendant is bound by the confidentiality, noncompetition and

17   nonsolitiation provisions in the Agreement, and that Defendant has breached the Agreement;

18    2)    On its Second Claim for Relief, for injunctive relief prohibiting Defendant from

19   working for Exacq during the term of the noncompetition provision of the Agreement; disclosing

20   Plaintiff's confidential, proprietary and trade secret information to third parties; competing

21   directly or indirectly with Plaintiff; seeking any further employment with any business that

22   competes directly or indirectly with Plaintiff; soliciting business, directly or indirectly, from

23   customers, suppliers, partners or vendors of Plaintiff or inducing or encouraging them to reduce

24   or cease doing business with Plaintiff; or hiring, recruiting, soliciting or otherwise inducing an

25   employee or consultant of Plaintiff to discontinue their employment or consulting relationship

26   with Plaintiff;

PAGE 7- COMPLAINT

F:\m\MILSY\SCRI\Pleadings\COMPLAINT.wpd

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

**Exhibit 1 p 7 of 82**

1    3)    For its costs and disbursements; and

2    4)    For such other relief as the Court deems just and proper.

3

4    DATED:  January __l{__, 2012.

5

6                                    WYSE KADISH LLP

7

8                                    By:_____

9                                         Lisa A. Amato, OSB No. 920253
                                          laa@wysekadish.com
10
                                          Bruce H. Orr, OSB No. 813297
11                                        bho@wysekadish.com

12                                   Attorneys for Plaintiff

13                                   Trial Attorney:  Lisa A. Amato

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 8-  COMPLAINT
F:\m\MILSY\SCRI\Pleadings\COMPLAINT.wpd

Exhibit 1 p 8 of 82

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

1/12

# In the Circuit Court of the State of Oregon
## For the County of Washington

MILESTONE SYSTEMS, INC.,
an Oregon corporation,

              Plaintiff,

   v.

RIAN SCHERMERHORN,

             Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. C12-0177CV

**SUMMONS**

    To:   Rian Schermerhorn
           2310 N Fourth Way
           Ridgefield, WA 98642

       You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

       You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

       If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Lisa A. Amato, OSB No. 920253
laa@wysekadish.com
Attorney for Plaintiff
621 SW Morrison Street, Suite 1300
Portland, Oregon 97205
Phone: 503-228-8448

Trial attorney : Lisa A. Amato

STATE OF OREGON, County of Multnomah ) ss.

       I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

                                            Attorney of Record for Plaintiff(s)

TO THE OFFICERS OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make a proof of service which you shall attach hereto.

                                            Attorney of Record for Plaintiff(s)

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

PAGE 1 - SUMMONS

**Exhibit 1 p 9 of 82**

A TRUE COPY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

MILESTONE SYSTEMS, INC.,
an Oregon Corporation

            Plaintiff,

vs.

RIAN SCHERMERHORN,

            Defendant.

Case No. _C12 - 0177CV_

**DECLARATION OF LISA AMATO IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Lisa Amato, do hereby declare under penalty of perjury:

1.      I am one of the attorneys for Milestone Systems, Inc. ("Plaintiff"). I am over 18 years of age. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction, and I have personal knowledge of the matters set forth in this declaration.

2.      The U.S. Census Bureau, 2010 American Community Survey estimated that the median four-person family income during 2011 to be $66,616.00 in Oregon. Attached as Exhibit A is a true copy of the U.S. Census Bureau 2010 American Community Survey.

3.      Attached as Exhibit B is a true copy of Defendant's LinkedIn page as it existed on January 11, 2012, identifying Defendant as the Western Sales Manager with Exacq Technologies.

4.      Attached as Exhibit C is a true copy of Exacq Technologies web page as it existed on November 21, 2011, identifying Defendant as the Western sales manager.

5.      Plaintiff's develops open platform software for managing IP network-based video surveillance. Attached as Exhibit D is a true copy of Plaintiff's web page as it existed on November 21, 2011.

PAGE 1 - DECLARATION OF LISA AMATO IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCRI\Pleadings\declaration in support of preliminary injunction.Amato.wpd   **Exhibit 1 p 10 of 82**

1      6.    Exacq Technologies is in the same industry as Plaintiff, and competes directly

2  with Plaintiff for customers and users of their product.  Exacq Technologies even mimics the

3  same color scheme as Plaintiff in its marketing materials.  Attached as Exhibit E is a true copy of

4  Plaintiff's web page as it existed on November 21, 2011.

5

6      **I hereby declare that the above statements are true to the best of my knowledge and**

7  **belief, and that I understand they are made for use as evidence in court and is subject to**

8  **penalty for perjury**.

9

10     DATED this ___/ /___ day of January, 2012.

11

12



13        Lisa Amato

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 2 - DECLARATION OF LISA AMATO IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

**WYSE KADISH** LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCRI\Pleadings\declaration in support of preliminary injunction.Amato.wpd   **Exhibit 1 p 11 of 82**

B19119. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2010 INFLATION-ADJUSTED DOLLARS) BY FAMIL
Data Set: 2010 American Community Survey 1-Year Estimates
Survey: American Community Survey, Puerto Rico Community Survey
NOTE. Although the American Community Survey (ACS) produces population, d For information on confidentialit

### Alabama

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 50429 | 708 |
| 2-person families | 46025 | 1054 |
| 3-person families | 51182 | 1553 |
| 4-person families | 61593 | 2270 |
| 5-person families | 56517 | 3062 |
| 6-person families | 47374 | 8238 |
| 7-or-more-person families | 46269 | 4969 |

### Alaska

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 76962 | 2545 |
| 2-person families | 70811 | 3378 |
| 3-person families | 77200 | 5119 |
| 4-person families | 88003 | 4671 |
| 5-person families | 81698 | 12843 |
| 6-person families | 80382 | 7654 |
| 7-or-more-person families | 93021 | 11293 |

### Arizona

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 55353 | 769 |
| 2-person families | 53781 | 1112 |
| 3-person families | 56508 | 1819 |
| 4-person families | 61267 | 1288 |
| 5-person families | 55782 | 2673 |
| 6-person families | 50973 | 2869 |
| 7-or-more-person families | 51906 | 5189 |

### Arkansas

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 47049 | 745 |
| 2-person families | 44048 | 1223 |
| 3-person families | 47035 | 1801 |
| 4-person families | 56275 | 2299 |
| 5-person families | 50461 | 4456 |
| 6-person families | 47790 | 7278 |
| 7-or-more-person families | 48141 | 7145 |

### California

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 65481 | 394 |
| 2-person families | 61539 | 500 |
| 3-person families | 66050 | 839 |

Exhibit 1 p 12 of 82

EXHIBIT   A
1 of 11

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| 4-person families | 74738 | 3398 |
| 5-person families | 70872 | 5633 |
| 6-person families | 62873 | 9490 |
| 7-or-more-person families | 62251 | 9785 |

Maryland

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 83137 | 1192 |
| 2-person families | 73947 | 1509 |
| 3-person families | 84151 | 2631 |
| 4-person families | 100928 | 2225 |
| 5-person families | 91749 | 4980 |
| 6-person families | 87954 | 6120 |
| 7-or-more-person families | 88140 | 12524 |

Massachusetts

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 78653 | 1116 |
| 2-person families | 64174 | 1230 |
| 3-person families | 80337 | 1999 |
| 4-person families | 99067 | 2786 |
| 5-person families | 101176 | 3646 |
| 6-person families | 100171 | 8437 |
| 7-or-more-person families | 93845 | 14322 |

Michigan

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 56101 | 429 |
| 2-person families | 50079 | 523 |
| 3-person families | 58467 | 952 |
| 4-person families | 70237 | 1561 |
| 5-person families | 66312 | 1828 |
| 6-person families | 58706 | 3059 |
| 7-or-more-person families | 49962 | 3724 |

Minnesota

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 69625 | 675 |
| 2-person families | 61170 | 835 |
| 3-person families | 71784 | 1363 |
| 4-person families | 84251 | 1820 |
| 5-person families | 82016 | 1991 |
| 6-person families | 73769 | 3990 |
| 7-or-more-person families | 67733 | 6331 |

Mississippi

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 45484 | 988 |
| 2-person families | 41601 | 1124 |
| 3-person families | 45536 | 2433 |

Exhibit 1 p 13 of 82

A

PAGE 5 of 11

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| 4-person families | 54765 | 3465 |
| 5-person families | 47144 | 4113 |
| 6-person families | 41687 | 3961 |
| 7-or-more-person families | 48282 | 9925 |

## Missouri

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 56214 | 603 |
| 2-person families | 50603 | 610 |
| 3-person families | 58355 | 1739 |
| 4-person families | 67255 | 1838 |
| 5-person families | 64472 | 2173 |
| 6-person families | 62419 | 7474 |
| 7-or-more-person families | 58164 | 5009 |

## Montana

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 54507 | 1827 |
| 2-person families | 49743 | 1761 |
| 3-person families | 56308 | 4786 |
| 4-person families | 68313 | 4258 |
| 5-person families | 59017 | 7128 |
| 6-person families | 65356 | 11763 |
| 7-or-more-person families | 67154 | 12366 |

## Nebraska

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 60812 | 905 |
| 2-person families | 55519 | 1051 |
| 3-person families | 64700 | 2481 |
| 4-person families | 71247 | 1981 |
| 5-person families | 68167 | 3892 |
| 6-person families | 66156 | 10617 |
| 7-or-more-person families | 55737 | 9814 |

## Nevada

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 60192 | 1155 |
| 2-person families | 55573 | 1521 |
| 3-person families | 60855 | 3457 |
| 4-person families | 65179 | 2839 |
| 5-person families | 62097 | 3367 |
| 6-person families | 72635 | 8937 |
| 7-or-more-person families | 77055 | 8902 |

## New Hampshire

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 74634 | 1610 |
| 2-person families | 61679 | 1644 |
| 3-person families | 79349 | 3328 |

Exhibit 1 p 14 of 82

EXHIBIT A
PAGE 6 of 11

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| 4-person families | 91750 | 3213 |
| 5-person families | 92662 | 4035 |
| 6-person families | 82450 | 13297 |
| 7-or-more-person families | 86677 | 33797 |

**New Jersey**

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 82427 | 842 |
| 2-person families | 67503 | 1180 |
| 3-person families | 84896 | 2412 |
| 4-person families | 101957 | 1443 |
| 5-person families | 101670 | 1874 |
| 6-person families | 98687 | 5915 |
| 7-or-more-person families | 83979 | 11015 |

**New Mexico**

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 51020 | 945 |
| 2-person families | 49515 | 1871 |
| 3-person families | 51782 | 2454 |
| 4-person families | 54640 | 4250 |
| 5-person families | 48380 | 4440 |
| 6-person families | 54386 | 6213 |
| 7-or-more-person families | 51859 | 12055 |

**New York**

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 65897 | 408 |
| 2-person families | 56113 | 656 |
| 3-person families | 66953 | 1020 |
| 4-person families | 81212 | 1157 |
| 5-person families | 79123 | 2327 |
| 6-person families | 71167 | 3284 |
| 7-or-more-person families | 75294 | 4108 |

**North Carolina**

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 52920 | 541 |
| 2-person families | 48710 | 796 |
| 3-person families | 54310 | 1252 |
| 4-person families | 65036 | 1641 |
| 5-person families | 55884 | 1611 |
| 6-person families | 52699 | 4441 |
| 7-or-more-person families | 47297 | 4293 |

**North Dakota**

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 65207 | 1493 |
| 2-person families | 58742 | 2126 |
| 3-person families | 67244 | 3507 |

Exhibit 1 p 15 of 82

EXHIBIT __A__
PAGE __7 of 11__

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| 4-person families | 79336 | 3964 |
| 5-person families | 67272 | 5919 |
| 6-person families | 76845 | 9901 |
| 7-or-more-person families | 72873 | 7144 |

### Ohio

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 56518 | 418 |
| 2-person families | 50253 | 453 |
| 3-person families | 58376 | 1146 |
| 4-person families | 70599 | 1183 |
| 5-person families | 67293 | 2185 |
| 6-person families | 62732 | 2825 |
| 7-or-more-person families | 54470 | 4777 |

### Oklahoma

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 51958 | 620 |
| 2-person families | 48313 | 1001 |
| 3-person families | 53332 | 1472 |
| 4-person families | 60395 | 1558 |
| 5-person families | 57247 | 3114 |
| 6-person families | 52397 | 4204 |
| 7-or-more-person families | 52154 | 8523 |

### Oregon

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 56661 | 973 |
| 2-person families | 52316 | 1101 |
| 3-person families | 57429 | 2118 |
| 4-person families | 66616 | 3028 |
| 5-person families | 62897 | 3557 |
| 6-person families | 60461 | 6004 |
| 7-or-more-person families | 57870 | 7404 |

### Pennsylvania

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 61890 | 408 |
| 2-person families | 53091 | 711 |
| 3-person families | 66487 | 951 |
| 4-person families | 76682 | 1159 |
| 5-person families | 75916 | 1745 |
| 6-person families | 70037 | 3439 |
| 7-or-more-person families | 69572 | 5192 |

### Rhode Island

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 67814 | 2295 |
| 2-person families | 59624 | 2310 |
| 3-person families | 66800 | 4165 |

Exhibit 1 p 16 of 82

EXHIBIT A
PAGE 8 of 11

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| 4-person families | 86267 | 4358 |
| 5-person families | 81765 | 6126 |
| 6-person families | 70530 | 5785 |
| 7-or-more-person families | 68559 | 12693 |

## South Carolina

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 51704 | 595 |
| 2-person families | 47853 | 902 |
| 3-person families | 50824 | 1363 |
| 4-person families | 62912 | 2947 |
| 5-person families | 59407 | 3106 |
| 6-person families | 51411 | 8060 |
| 7-or-more-person families | 50935 | 5588 |

## South Dakota

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 59987 | 1689 |
| 2-person families | 55026 | 1713 |
| 3-person families | 61612 | 3155 |
| 4-person families | 69006 | 5174 |
| 5-person families | 71118 | 6624 |
| 6-person families | 62724 | 13633 |
| 7-or-more-person families | 50825 | 4319 |

## Tennessee

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 51083 | 511 |
| 2-person families | 47234 | 942 |
| 3-person families | 51642 | 1228 |
| 4-person families | 60909 | 1728 |
| 5-person families | 59276 | 4284 |
| 6-person families | 49648 | 3974 |
| 7-or-more-person families | 55438 | 7481 |

## Texas

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 56575 | 441 |
| 2-person families | 53950 | 594 |
| 3-person families | 57825 | 1153 |
| 4-person families | 63859 | 1391 |
| 5-person families | 56537 | 1020 |
| 6-person families | 50823 | 1784 |
| 7-or-more-person families | 52581 | 2143 |

## Utah

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 61618 | 583 |
| 2-person families | 55555 | 1144 |
| 3-person families | 59626 | 1922 |

EXHIBIT    A
PAGE    9 of 11

Exhibit 1 p 17 of 82

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| 4-person families | 64780 | 2408 |
| 5-person families | 70337 | 2064 |
| 6-person families | 70524 | 4237 |
| 7-or-more-person families | 75852 | 6080 |

## Vermont

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 62575 | 1719 |
| 2-person families | 55110 | 2017 |
| 3-person families | 69736 | 3077 |
| 4-person families | 77296 | 2981 |
| 5-person families | 65153 | 9893 |
| 6-person families | 76250 | 12749 |
| 7-or-more-person families | 61956 | 25257 |

## Virginia

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 72476 | 752 |
| 2-person families | 64288 | 1027 |
| 3-person families | 71644 | 2008 |
| 4-person families | 87498 | 1771 |
| 5-person families | 86298 | 2726 |
| 6-person families | 82529 | 6134 |
| 7-or-more-person families | 82030 | 7997 |

## Washington

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 67328 | 649 |
| 2-person families | 61919 | 750 |
| 3-person families | 69195 | 1806 |
| 4-person families | 80404 | 1323 |
| 5-person families | 72746 | 2474 |
| 6-person families | 61435 | 3949 |
| 7-or-more-person families | 65524 | 7016 |

## West Virginia

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 48927 | 1009 |
| 2-person families | 44018 | 1439 |
| 3-person families | 50987 | 2318 |
| 4-person families | 61691 | 2892 |
| 5-person families | 51955 | 5033 |
| 6-person families | 59414 | 4696 |
| 7-or-more-person families | 54180 | 17538 |

## Wisconsin

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 62088 | 500 |
| 2-person families | 55671 | 725 |
| 3-person families | 64724 | 1501 |

Exhibit 1 p 18 of 82

A
PAGE   10 of 11

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| 4-person families | 76117 | 1168 |
| 5-person families | 72836 | 2436 |
| 6-person families | 64818 | 5598 |
| 7-or-more-person families | 52427 | 5370 |

Wyoming

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 65841 | 2734 |
| 2-person families | 62072 | 3605 |
| 3-person families | 67059 | 7981 |
| 4-person families | 73362 | 4233 |
| 5-person families | 63825 | 11078 |
| 6-person families | 67004 | 15826 |
| 7-or-more-person families | 72518 | 30016 |

Puerto Rico

| | Estimate | Margin of Error (+/-) |
|---|---|---|
| Total: | 21645 | 373 |
| 2-person families | 18811 | 519 |
| 3-person families | 21479 | 707 |
| 4-person families | 27838 | 1303 |
| 5-person families | 28944 | 2183 |
| 6-person families | 24173 | 3962 |
| 7-or-more-person families | 23938 | 3845 |

Source: U.S. Census Bureau, 2010 American Community Survey

Exhibit 1 p 19 of 82

EXHIBIT ___A___
PAGE  ll_of_ll



# Rian Schermerhorn

## Western Sales Manager at Exacq Technologies
Portland, Oregon Area ┊ Security and Investigations

| | |
|---|---|
| Current | **Western Sales Manager at Exacq Technologies** |
| Past | Security Solutions Regional Manager at Communication Supply Corporation |
| | NW Territory Manager at Milestone |
| | Regional Security Manager at Anixter |
| | **see all** |
| Education | Linfield College |
| Recommendations | **4 people have recommended Rian** |
| Connections | **341 connections** |
| Websites | Company Website |

## Rian Schermerhorn's Experience

### Western Sales Manager
**Exacq Technologies**
Privately Held; 51-200 employees; Security and Investigations industry
October 2011 – Present (4 months) ┊ Western US

Business development, territory management and major account manager at the world's leading video mar

### Security Solutions Regional Manager
**Communication Supply Corporation**
Public Company; 501-1000 employees; WSC; Telecommunications industry
July 2011 – October 2011 (4 months) ┊ Portland, OR - Seattle, WA - San Francisco, CA

### NW Territory Manager
**Milestone**
Privately Held; 201-500 employees; Computer Software industry
October 2009 – May 2011 (1 year 8 months)

### Regional Security Manager
**Anixter**
Public Company; 5001-10,000 employees; AXE; Logistics and Supply Chain industry
March 2007 – October 2009 (2 years 8 months)

### Territory Manager
**TaylorLong & Associates**
2006 – 2007 (1 year)

## Rian Schermerhorn's Education

**Linfield College**
1994 – 1995

EXHIBIT  _B_
PAGE  _1 of 2_

## Rian Schermerhorn's Additional Information

Websites:                    • Company Website

Groups and
Associations:

 CCTV Video Surveillance, IP Technology & Solutions

 GallagherSecure

 Gigapixel Surveillance

 PDX Technology Professionals - Portland Oregon

 Physical Security Professional (PSP)

 RFP Partners for Wireless, Video Surveillance & Homeland Security

 Surveillance Technology

 The IPVSG - The IP VIDEO SECURITY GROUP

 Video Surveillance from IPVM

### Contact Rian for:

- career opportunities
- new ventures
- expertise requests
- reference requests

- consulting offers
- job inquiries
- business deals
- getting back in touch

### View Rian Schermerhorn's full profile to...

- See who you and **Rian Schermerhorn** know in common
- Get introduced to **Rian Schermerhorn**
- Contact **Rian Schermerhorn** directly

    **View Full Profile**

Not the Rian Schermerhorn you were looking for? View more »

LinkedIn Corporation © 2011 |

Search: [                    ]

**Home    About    Products    Markets    Contacts    Support    Integration    Blog**

**Contact**    **exacqVision**
IP Video Surveillance Systems

## Contacts

# Exacq Sales

**Orders, Order Status, & Delivery Status:**

Phone: +1-317-845-5710, option #1

e-mail: orders@exacq.com

Online Order Status Lookup page

**Inside Sales Support**

Phone: +1-317-813-3733

e-mail: info@exacq.com

**United States**

(See complete list of Manufacturers Reps)

Sales Manager, Americas - **Jack Wade**

+1-317-813-3746
e-mail: jwade@exacq.com

Skype: jackwade.exacq

**Sales Resources**

Additional Sales Resources:

Technical Support

Knowledge Base

Video Library

Manuals, Spec Sheets, Quick-Start Guides

Product Information

Disc & Bandwidth Calculator

Order Status

exacq Blog

Twitter exacq

EXHIBIT *C*
PAGE *L of 5*

Exhibit 1 p 22 of 82

Northeast - **Adam Messina**

*States: No. NJ, NY, MA, CT, VT, ME, RI, NH*

+1-317-813-3751

e-mail: amessina@exacq.com


Southeast - **Bryan Stephens**

*States: GA, AL, MS, TN, NC, SC, FL*

+1-317-813-3760

e-mail: bryan.stephens@exacq.com


Midwest - **Mark Szalwinski**

*States: IL, WI, IA, MO, NE, KS, MN, ND, SD*

+1-317-813-3743

e-mail: mszalwinski@exacq.com


South & Rocky Mountains - **Kraig Schonerstedt**

*States: TX, OK, AR, LA, CO, WY, UT*

+1-317-813-3755

e-mail: kraigs@exacq.com


Upper Midwest & Mid-Atlantic - **Matt Sorrells**

*States: IN, KY, OH, MI, WV, PA, MD, VA, DE, So. NJ*

+1-317-813-3739

e-mail: msorrells@exacq.com

EXHIBIT   C
PAGE   2 of 5



West - **Rian Schermerhorn**

*States: CA, OR, WA, AK, HI, NV, AZ, NM, ID, MT*

+1-317-813-3720

e-mail: rians@exacq.com

Distribution Sales:

**Allan Stone**

+1-317-813-3741

e-mail: astone@exacq.com

**Kyle Summers**

+1-317-813-3761

e-mail: kyle.summers@exacq.com

National Accounts - **Steve Ramputi**

+1-317-813-3754

e-mail: sramputi@exacq.com

Strategic Accounts - **Rob Munro**

+1-317-813-3727

e-mail: rmunro@exacq.com

A&E Development - **Rob Ansell**

+1-317-813-3700

e-mail: ransell@exacq.com

Skype: robert.ansell.exacq

EXHIBIT __C__
PAGE __3 of 5__

**Exhibit 1 p 24 of 82**

International

## Europe, Middle East, Africa

### Alan Lefford

+44-7848-856577

e-mail: alefford@exacq.com

Skype: alan.lefford1

### Julius Klein Molekamp
+31-6-46746761
e-mail: jkleinmolekamp@exacq.com

## Latin America - Jack Wade

+1-317-813-3746

e-mail: jwade@exacq.com

Skype: jackwade.exacq

## Asia/Pacific - Tom Buckley

+1-317-813-3704

e-mail: tbuckley@exacq.com

## Canada - Matt Sorrells

+1-317-813-3739

e-mail: msorrells@exacq.com

EXHIBIT *C*
PAGE _4 of 5_

**Exhibit 1 p 25 of 82**

Share

Home About Products Markets Contacts Support Integration Blog

©2011 Exacq Technologies, Inc.

C
5 of 5

**Exhibit 1 p 26 of 82**

11/21/2011 12:42 PM



Search: [                    ]                    Configuration Calculator    Reseller Resources

**Home    About    Products    Markets    Contacts    Support    Integration    Blog**



**IP Camera Integration**            **Technical Support**

**Try exacqVision Now!**

## • Product Highlight

 **Exacq on 2011 Inc 500 list**
Exacq Technologies makes the 2011 Inc 500 list, second consecutive year. **More info**

exacqVision
**Version 4.7** exacqVision 4.7
Updated search page, client login, dewarping.
Blog Post    Download

## • News and Events



**Upcoming Events**

D
1 of 23

**Exhibit 1 p 27 of 82**

**ISC Solutions**
Nov 2-3, New York

**IP-in-Action LIVE**
Nov 9, Houston

<u>**Upcoming Reseller Training**</u>
**Nov 7 & 8, Livermore, CA**
**Nov 10, Portland**
**Nov 15, Charlotte**

<u>Home</u> <u>About</u> <u>Products</u> <u>Markets</u> <u>Contacts</u> <u>Support</u> <u>Integration</u> <u>Blog</u>

©2011 Exacq Technologies, Inc.



**Exhibit 1 p 28 of 82**

Search: [            ]

**Home    About    Products    Markets    Contacts    Support    Integration    Blog**

**About**

exacqVisi
IP Video Surveilla
Exacq is a lea
architecture,

# About Exacq

**Exacq Technologies Inc.,** headquartered in Indianapolis, Indiana, is a leading developer of open architecture, Video Management System (VMS) solutions for security and surveillance applications. Our **exacqVision** VMS client-server solutions are scalable from a small single camera solution to large scale corporate or campus systems with thousands of cameras. Real-time and recorded video can be viewed, managed and configured from any location on the network.



**exacqVision's** open architecture VMS software ensures interoperability with IP cameras, servers and storage systems from manufacturers such as IBM, HP and Dell. Open architecture software allows customers the ability to select the highest quality components from a wide variety of manufacturers. We support all of the leading IP video cameras from Axis Communications, Arecont Vision, IQinvision, GE, Panasonic, Sony, ACTi, CBC Ganz, Vivotek, and more. Open architecture VMS software also provides flexibility of choosing the storage system that best fits the requirements by using the operating systems file system to map the system drives for video storage. Customers may select internal disk storage, RAID, iSCSI, DAS or SAN.

*D*
*3 of 23*

**Exhibit 1 p 29 of 82**



**exacqVision's** advanced virtual matrix switching and display enables the deployment of sophisticated surveillance solutions for remote and centralized monitoring. Virtual matrix switching will automatically route video to monitors upon internal or external events. Fast PTZ control and automated camera touring route video to a designated display based on external events or manual control. External events include triggers from contact closure sensors, video motion, serial & IP streams from access control, building automation, ATM and POS systems.

**Exacq** provides both **exacqVision** VMS software and preconfigured hybrid and IPS systems giving our customers the choice and convenience of deploying solutions to meet the needs and requirements as specified. Preconfigured systems simplify and speed the selection and installation process. Software-only VMS solutions provide customers with the choice of selecting their hardware manufacturer and the price and performance desired.



Integration is accomplished on multiple levels to add value to our **exacqVision** VMS solutions. Video can be integrated with text from access control, ATM and POS systems. Our VMS software is based on plugin architecture and new plugins are developed to add functionality and expand device integration. A software developer's toolkit (SDK) is available for developers that need integration at the file or system level.

**exacqVision** VMS solutions are flexible and scale to meet stringent requirements of corporate, financial, state and federal institutions. Target markets include schools and universities, healthcare, banking, retail, manufacturing, distribution centers, transportation, airport,

**Exhibit 1 p 30 of 82**

*D.*
*4 of 23*



shipping, construction homeland security and home monitoring.

## Further Information

- Information on our **exacqVision** VMS product line is <u>here</u>.
- Information on Exacq's management team is <u>here</u>.
- Our blog is <u>here</u>.



<u>Share</u>

<u>Home</u> <u>About</u> <u>Products</u> <u>Markets</u> <u>Contacts</u> <u>Support</u> <u>Integration</u> <u>Blog</u>

©2011 Exacq Technologies, Inc.

Exhibit 1 p 31 of 82

D
5 of 23

11/3/2011 11:53 AM

Search: [＿＿＿＿＿＿＿]    Configuration Calculator    Reseller Resources

**Home    About    Products    Markets    Contacts    Support    Integration    Blog**

**About**

exacqVis
IP Video Surveilla
Exacq is a lead
architecture, \

## Indianapolis' BUSINESS JOURNAL
## fastest-growing companies 2011

Exacq Technologies, Inc. was ranked #7 on the Indianapolis Business Journal list of Fastest-Growing Indianapolis-area Private Companies for 2011.

More Info

# 2010 Inc.500

Exacq Technologies, Inc. is ranked #173 on the 2010 Inc. 500 list of the fastest growing private companies in the United States, and is the highest-ranked physical security manufacturer on the list.

More Info


Indiana Companies To Watch

D
6 of 23

Exhibit 1 p 32 of 82

1 of 3

11/3/2011 11:53 AM



**Exacq Technologies Inc.**
Dave Underwood, President
Location: Indianapolis
A developer of video management system (VMS) solutions for security and surveillance applications, Exacq's open-architecture software enables customers to use components from various manufacturers.

<u>More Info</u>

# About

# Management

**David Underwood, President**
Dave co-founded Integral Technologies in 1994 and served as President through 2002. By this time, Dave and the management team turned Integral into a $43 million company, achieving various recognitions for success including the Center for Entrepreneurship and Innovation, IU School of Business, Growth 100 Award in 1999 (ranked #3) and 2000 (ranked #13); Fastest-Growing Indianapolis Private Companies recognition; and INC. 500's 1999 list of America's fastest-growing privately held companies (# 237 at 1,061% growth). Prior to Integral, Dave was the Director of OEM Business for Truevision and held positions with AT&T Data Systems Group and Hewlett-Packard in sales, marketing and management.

**Daniel Rittman, Director of Engineering**
Dan served as Principal Design Engineer for Integral Technologies and was the primary hardware architect for their XPress™ and Frameserver™ products---the underlying technologies for the company's highly successful digital video recorder product lines. Prior to Integral, Dan spent three years with Trilithic, Inc. as a Senior Engineer, and was the primary designer of the successful 9580 Return Maintenance System used by cable television systems deploying two-way cable. Additionally Dan was a technical staff member at Orbital Sciences Corp, developing radio hardware and DSP software for the ORBCOMM communications satellite.

**Harry T. Johnson, Manager of Software Engineering**
"TJ" joined Exacq Technologies in 2004 where he initially assisted in the design of the eDVR board SDK to be used in Exacq's NVR solutions. A graduate of Rose-Hulman Institute of Technology with a BS in Computer Engineering, TJ currently manages the software engineering group at Exacq. TJ was the Software Engineer for Integral Technologies where he was primarily responsible for the development of the DigitalSENTRY digital video management system. His contributions included transforming the software into a complete enterprise solution with the addition of features like distributed storage, system-wide alarming and integration with a popular multiple system remote user/administrator interface.

*D*
*7 of 23*

**Exhibit 1 p 33 of 82**

2 of 3                                                                                11/3/2011 11:53 AM

**Jim McMillion, Director of Finance and Human Resources**
Formerly Principal of Jim McMillion CPA, Jim provided tax and accounting services for small and medium-sized businesses, and has extensive experience in industry and public accounting. Prior to that, Jim served as Controller for Truevision and held positions as VP of Finance for GrimmerSchmidt Corp., and as Director of Development for CertiFlex Systems, an accounting software developer.

**Jeffrey Walters, Director of Operations**
Jeff served as Director of Operations for Integral Technologies through 2002. He was responsible for all aspects of manufacturing and facility operations for the entire company and its product lines. Prior to Integral Jeff was Director of Operations for Truevision and one of the original creators of the Truevision TARGA® product line. Additionally, Jeff was an engineer for AT&T Bell Laboratories.

**Thomas Buckley, Director of Sales & Marketing**
Tom served as Director of Sales and Marketing for Integral Technologies through 2002 where he was responsible for creating and managing the worldwide sales and marketing efforts for the security products and imaging products divisions. Before joining Integral, Tom served as European Sales Manager for Truevision and held a seat on the company's Board of Directors. He also held positions as Director of Sales for Computer Interface Corp, and as an engineer for AT&T Bell Laboratories.

Share

Home About Products Markets Contacts Support Integration Blog

©2011 Exacq Technologies, Inc.

_D_
PAGE _8 of 23_

**Exhibit 1 p 34 of 82**

11/3/2011 11:53 A

Search: [         ]

Configuration Calculator    Reseller Resources

**Home    About    Products    Markets    Contacts    Support    Integration    Blog**

**Contact**

**exacqVision**
IP Video Surveillance Systems
US: 1-317-845-5710

## Contacts

# Exacq Sales

**Orders, Order Status, & Delivery Status:**

Phone: +1-317-845-5710, option #1

e-mail: orders@exacq.com

Online Order Status Lookup page

Inside Sales Support

Phone: +1-317-813-3733

e-mail: info@exacq.com

**United States**

(See complete list of Manufacturers Reps)

Sales Manager, Americas - **Jack Wade**

+1-317-813-3746
e-mail: jwade@exacq.com

Skype: jackwade.exacq

**Sales Resources**

Additional Sales Resources:

Technical Support

Knowledge Base

Video Library

Manuals, Spec Sheets, Quick-Start Guides

Product Information

Disc & Bandwidth Calculator

Order Status

exacq Blog

Twitter exacq

*D*
*9 of 23*

**Exhibit 1 p 35 of 82**

Northeast - **Adam Messina**

*States: No. NJ, NY, MA, CT, VT, ME, RI, NH*

+1-317-813-3751

e-mail: amessina@exacq.com


Southeast - **Bryan Stephens**

*States: GA, AL, MS, TN, NC, SC, FL*

+1-317-813-3760

e-mail: bryan.stephens@exacq.com


Midwest - **Mark Szalwinski**

*States: IL, WI, IA, MO, NE, KS, MN, ND, SD*

+1-317-813-3743

e-mail: mszalwinski@exacq.com


South & Rocky Mountains - **Kraig Schonerstedt**

*States: TX, OK, AR, LA, CO, WY, UT*

+1-317-813-3755

e-mail: kraigs@exacq.com


Upper Midwest & Mid-Atlantic - **Matt Sorrells**

*States: IN, KY, OH, MI, WV, PA, MD, VA, DE, So. NJ*

+1-317-813-3739

e-mail: msorrells@exacq.com


**Exhibit 1 p 36 of 82**

D
10 of 23

11/3/2011 11:56 AM

West - **Rian Schermerhorn**

*States: CA, OR, WA, AK, HI, NV, AZ, NM, ID, MT*

+1-317-813-3720

e-mail: rians@exacq.com


Distribution Sales:

  **Allan Stone**

  +1-317-813-3741

  e-mail: astone@exacq.com


  **Kyle Summers**

  +1-317-813-3761

  e-mail: kyle.summers@exacq.com


National Accounts - **Steve Ramputi**

+1-317-813-3754

e-mail: sramputi@exacq.com


Strategic Accounts - **Rob Munro**

+1-317-813-3727

e-mail: rmunro@exacq.com


A&E Development - **Rob Ansell**

+1-317-813-3700

e-mail: ransell@exacq.com

Skype: robert.ansell.exacq

**Exhibit 1 p 37 of 82**

EXHIBIT _D_
PAGE _11 of 23_

11/3/2011 11:56 A



International

**Europe, Middle East, Africa**

**Alan Lefford**

+44-7848-856577

e-mail: alefford@exacq.com

Skype: alan.lefford1

**Julius Klein Molekamp**
+31-6-46746761
e-mail: jkleinmolekamp@exacq.com

**Latin America - Jack Wade**

+1-317-813-3746

e-mail: jwade@exacq.com

Skype: jackwade.exacq

**Asia/Pacific - Tom Buckley**

+1-317-813-3704

e-mail: tbuckley@exacq.com

**Canada - Matt Sorrells**

+1-317-813-3739

e-mail: msorrells@exacq.com

**Exhibit 1 p 38 of 82**

D
12 of 23

Share

Home About Products Markets Contacts Support Integration Blog

©2011 Exacq Technologies, Inc.

EXHIBIT ___D___
PAGE _13 of 23_

**Exhibit 1 p 39 of 82**

11/3/2011 11:56 AM





## Technology Partners

At Open Options we partner with quality technology companies in order to better deliver quality solutions to our customers and the end-users of our products.



### 3xLOGIC

3xLOGIC is a leading provider of intelligent video surveillance software and hardware that seamlessly integrates audio data, video data and transactional data. This logical union is known as the VIGIL™ platform of video surveillance solutions. VIGIL employs the latest advances in video surveillance hardware powered by 3xLOGIC's full-featured suite of VIGIL video management application modules. www.3xlogic.com

### Bioscrypt

Bioscrypt Inc. is a leading provider of advanced fingerprint technology. Open Options partners with Bioscrypt to offer the high security of fingerprint-based biometrics for simple and secure access to facilities, equipment and information. www.bioscrypt.com



### Exacq Technologies

Exacq designs and manufactures the true cross-platform (Windows/Linux) exacqVision Video Management System software used in exacqVision hybrid & IP camera servers and on commercial off-the-shelf servers. The free client software (Windows, Linux and Mac) connects to a virtually unlimited number of servers to create a complete, scalable enterprise class solution.. www.exacq.com



### Fargo Electronics, Inc.

Fargo Electronics, Inc. is the world leader in plastic card personalization systems, employing innovative technologies to develop customized solutions. Fargo manufactures and distributes ID card printers, encoders, secure photo cards, and smart cards. www.fargo.com

### HID Corporation



**Exhibit 1 p 40 of 82**

D
14 of 23

Case 3:12-cv-00249-AA    Document 1-1    Filed 02/10/12    Page 41 of 82

 



HID Corporation is the largest manufacturer of contactless access control readers and cards for the security industry. Open Options partners with HID to bring smartcard, proximity and Wiegand technology solutions to our customers. www.hidcorp.com

### Instek Digital



Instek Digital proudly designs, manufacturers and markets a truly Enterprise Class Digital Video Surveillance system. Their strong Research & Design team uses cutting edge technology to implement solutions for Mega Pixel Cameras, Virtual Matrix Switch, Hybrid Analog and IP Video Recorders with innovative design of video streaming management to reduce network bandwidth and storage size. www.instekdigital.com

### Intervid



Intervid is a manufacturer and distributor of a diverse range of digital video management products. Their flagship offering is the DSS series of digital video management systems. The DSS is a hybrid solutions platform incorporating a NetBSD UNIX operating system that utilizes a modular and field swappable configuration of compression formats including Wavelet, H.264, MPEG and JPEG. Proven reliable, this build to suit approach provides for an extremely flexible and scalable solution for many applications. www.intervid.com

### Legic



LEGIC Identsystems is the world leader in the design and manufacture of 13.56 MHz contactless smart card technology. Open Options partners with LEGIC to bring multi-functionality 13.56 MHz contactless smart card technology access control solutions to our customers. www.legic.com

### LenSec



LenSec is the leading manufacturer and supplier of digital desktop district-wide video surveillance solutions with a strategic focus on schools and the educational environment. Open Options partners with LenSec to bring quality video integration into the DNA security management system. www.lensec.com

### Mercury Security



Mercury Security is the industry leader in the delivery of today's most reliable, innovative and proven access control hardware that flexibly meets the demands of facility security applications around the world. With more than 1 million control panels in operation, Mercury is the supplier of choice, providing security system manufacturers, distributors and suppliers with access control hardware and components that interface with the most demanding installations.    www.mercury-security.com

### Microsoft Corporation



As a Microsoft Certified Partner, Open Options is able to bring the latest technology available in software development. Most of the technical team is certified as Microsoft professionals to assist in development and support of all our products. www.microsoft.com

### Milestone Systems

*D*
*15 of 23*

**Exhibit 1 p 41 of 82**

Milestone Systems develops advanced open platform software for controlling true IP network-based video surveillance. The Milestone XProtect® product line enables automated management of video surveillance cameras and digital image archiving for greatly improved security, quality assurance, and cost effectiveness. Open Options has teamed up with Milestone Systems to offer a complete access solution and is an authorized distributer and trainer of Milestone System Products. www.milestonesys.com



### Salient Systems

Salient Systems CompleteView™ is the premiere application software for IP and analog video management. As an industry leader in open standards for digital video surveillance, Salient's advanced software suite provides enterprise-level video management which is scalable and easily adapts to evolving business needs. With CompleteView™ enabling your enterprise you can monitor, maintain and manage cameras, servers and users from anywhere, at any point, at any time.  www.salientsys.com·



### Schlage

Schlage is at the forefront of cutting-edge technology such as wireless security products, biometrics and video solutions. The AD-Series electronic locks from Schlage are built from the ground up to provide more options,more functionality and more culpability than any other solution on the market today. Open Options partners with Schlage to deliver a complete door solution with AD-Series wired and wireless locks.. securitytechnologies.com



### Stentofon, by Zenitel Group

STENTOFON is widely recognised as the leading brand for integrated security intercom communication systems. STENTOFON has earned a reputation for having the most flexible, reliable and superior quality hands-free communication system today. Open Options integrates with the Stentofon AlphaCom and IP Critical Communications Products. http://www.zenitel.biz



### XceedID

XceedID is committed to developing innovative ideas in the area of RFID and contactless smart cards into leading edge products that reduce undue risks of development and assure lower cost and quicker time to market. XceedID builds strategic partnerships with manufacturers to serve customers spanning the Fortune 100™ to emerging growth companies. www.xceedid.com>



🔼

home  |  company  |  products  |  contact us  |  site map

Copyright ©2002-2008 Open Options, Inc.  3440 Sojourn suite 240 Carrollton, TX. 75006 Office 972.818.7001 Fax 972.818.700

D
16 of 23

**Exhibit 1 p 42 of 82**


# IP Video Market Info

- Home
- About
- Contact

- **Articles**Reports & Updates
  - Case Studies
  - Convergence
  - Financials
  - Hosted/Managed Video
  - IP Cameras
  - Megapixel Cameras
  - Retail
  - Standards
  - Statistics
  - Storage
  - Video Analytics
  - Video Management Systems
  - Wireless
- **Camera Finder**Find the Right Camera
- **Members**Members Only
- **Tests**on Products & Tech
  - VMS
  - Megapixel Cameras
  - Budget IP Cameras
- **Training**on the basics
- **Discussions**Q&A, debates
- **News**Roundup

Search

- E-mail
- RSS
- Twitter

- Become a Pro Member
- Login

**The Source for Video Surveillance** Download the FREE Surveillance Book

# Testing Exacq's VMS Software (exacqVision 3.7)

by John Honovich, IP Video Market Info posted on Jan 11, 2010 About John Contact John

SHARE

**Exhibit 1 p 43 of 82**

D
17 of 23

Exacq provides VMS software and multiple lines of DVR/NVR appliances. While not as well known as some VMS providers, we regularly hear positive comments from integrators and competitors (in the North American market).

In this test, we examine the performance of Exacq's exacqVision VMS software, version 3.7. The test was performed running on Windows and Ubuntu (Linux distribution). The VMS was tested with Axis's Q1755, Canon's VB-C60, Basler's BIP-1600 and StarDot's SD500BN.

### Key Findings from the Test

Key findings include:

- Fundamental tasks -- administration and live video monitoring -- are simple to perform
- Investigations can be confusing to use at first but is simple to scan recorded video and export
- Limited advanced functionalities (both in availability and usability)

From an integrator's perspective, we find exacqVision to be particularly reliable and easy to use. The main question/concern we find is using the software in very large-scale or complex deployments where it lacks a number of key features offered by competitors.

### VMS System Preview

The screencast below provides an overview of Exacq's VMS software and a preview of the premium report's analysis.

Compare Exacq's test results to our test of NUUO and Milestone Enterprise.

### Inside the Pro Section

Premium members may access the entire report including:

*D*
*18 of 23*

**Exhibit 1 p 44 of 82**

- 5 screencasts (33 minutes of video total) providing (1) introduction, (2) usability, (3) administration, (4) investigations and (5) live monitoring
- Extensive analysis and commentary on the functionality and implementation of the VMS (answering 30 VMS evaluation questions on Exacq's exacqVision performance)
- Product features and pricing review
- Recommendations on use and application

## Options

- Login to Your Account
- Become a PRO Member

Like

Comments for this page are closed.

**Showing 0 comments**

Sort by  Oldest first    ✉ Subscribe by email    🔊 Subscribe by RSS

Trackback URL  http://disqus.com/forums/i

Most Recent Industry Reports

Pentax Plus Megapixel Lens Test on Nov 03, 2011
Last month, we released the first ever Megapixel lens test where we did a shootout between 5 leading surveillance lens manufacturers - Computar, Evetar, Fujinon, Tamron and Tuss. Member feedback wa...

Box vs Dome Cameras on Oct 27, 2011
Perhaps the most fundamental decision in selecting a camera is its form factor. For fixed cameras, the two most common choices, by far, are box and dome cameras. In this post, we share some key con...

720p vs 1080p Camera Shootout on Oct 26, 2011
When choosing High Definition cameras, one of the most fundamental questions is what of the two common resolution levels one should choose: Do you use 720p or 1080p cameras? The fundamental alterna...

Low Cost Professional IP Cameras Comparison on Oct 24, 2011
"Too expensive" is probably the most frequent complaint about IP cameras. While IP cameras have clearly come down in price in the last few years, they are still, on average, notably more expensive ...

D
19 of 23



Integrator Insights Program Launched on Oct 21, 2011
We are excited to announce a new program, Integrator Insights, that will gather and share integrator beliefs and concerns on video surveillance. Every quarter, we will conduct a survey of integrato...

IP Camera Bootup Shootout on Oct 20, 2011
IP cameras, like PCs, take some time to boot up. And just like PCs, the amount of time can vary greatly. Many people do not care but some people find it annoying. Perhaps more importantly, in surve...

Megapixel vs VSaaS on Oct 16, 2011
The surveillance industry's most powerful driving force, megapixel cameras, is virtually incompatible with the industry's biggest buzzword - VSaaS. Indeed, looking through the industry's most well ...

Motion Boost Recording Test on Oct 12, 2011
Both motion and continuous based recording have downsides. In this test, we look at a feature that aims to rectify both of them simultaneously. With motion based recording, you can miss relevant eve...

Top 4 Manufacturer Risks on Oct 09, 2011
When picking products, the obvious starting point is what is needed for the application. That will narrow down your options but many manufacturer's products will meet basic functional specification...

First Ever Video Surveillance Buyer's Guide on Oct 05, 2011
We are proud to announce the industry's first Video Surveillance Buyer's Guide, a 30 page report that provides clear recommendations on what to buy amongst 40 of the market's best known surveillanc...
Become a PRO Member

Exacq Overview

| Type | Total |
| --- | --- |
| Articles | 24 |
| Pages | 783 |
| Videos | 2 |
| PDFs | 295 |
| Software | 38 |
| Documents | 12 |
| Drawings | 0 |
| Images | 93 |
| Compressed | 34 |
| Other | 11 |
| Cameras | 0 |
| Reviews | 1 |

## Manufacturers

Select ...

EXHIBIT _D_
20 of 23

**Exhibit 1 p 46 of 82**

## Products

- <u>Cameras</u>
- <u>Lenses</u>
- <u>PSIM</u>
- <u>Storage</u>
- <u>Video Analytics</u>
- <u>VMS / NVRs</u>
- <u>Wireless</u>

## Pages

- <u>About</u>
- <u>Contact</u>

- <u>IP Security Market</u>


D
21 of 23

**Exhibit 1 p 47 of 82**



- [Home](#)
- [Company](#)
- [Our Product](#)
- [Support](#)
- [Partners](#)
- [Contact Us](#)



# Secvido adds support for ONNSI and Exacq onto the vSAM Platform

→ May 8, 2011 Secvido Product News

**The vSAM NVR Extension is a powerful tool to expand VMS Systems (NVR/DVR) ability to archive, manage the long-term retention capabilities, and deliver overall surveillance video management. The vSAM NVR Extension provides real-time storage policy management along with multi-tier storage resource management to mine captured video from VMS systems like NVR's and DVR.** *Today we have added support for ONNSI and Exacq.*

The vSAM video lifecycle management capabilities enable organizations to significantly increase the video recording capacity —while managing the overall archive schedules— and store vast amounts of video surveillance footage for quick and easy search and playback at later times. By communicating directly with the NVR server (Milestone, Exacq and ONSSI), The vSAM NVR Extension extracts video in its original quality and resolution at high speed.

The vSAM Milestone Extension allows you to either save the extracted video in the same format as the NVR or DVR solution or save video in **H.264 loss-less format** that reduces storage requirements by 30% to 70% without losing any video quality. Not only can you extend the archive and retention periods of a Milestone solution, you can also get significantly more recorded video into a similar size storage unit for additional savings.

*The vSAM VMS Extention is now supporting NVR's from Milestone Systems, ONSSI and Exacq.*

*Secvido, May 2011*

**Exhibit 1 p 48 of 82**

EXHIBIT *D*
PAGE 22 of 23

 

**Share this:**       0       <u>Facebook</u>    <u>Digg</u>    <u>Email</u>    <u>Print</u>

<u>dvr</u>, <u>exacq</u>, <u>milestone</u>, <u>nvr</u>, <u>onssi</u>, <u>vms</u>, <u>vsam</u>

← <u>Previous post</u>
<u>Next post</u> →

**Search**



## Whats New?

- <u>True Video Lifecycle Management for Video Security and Surveillance</u>
  September 8, 2011 in <u>Product News</u>
- <u>The Business Case for Video Security Asset Management Solutions</u>
  July 27, 2011 in <u>Featured</u>, <u>Secvido News</u>, <u>Whitepaper</u>
- <u>The vSAM Platform supports more than 1250 IP Camera Models</u>
  July 15, 2011 in <u>Blog</u>, <u>Featured</u>, <u>Secvido News & Updates</u>

## Test Drive vSAM

When you want to experience the next generation in Video Security and Surveillance Management Solutions, Test Drive the vSAM Platform for 7 Days.

<u>Drive Now</u>



Copyright Secvido 2011 <u>Secvido</u>

EXHIBIT   _D_
PAGE   _23 of 23_

Exhibit 1 p 49 of 82



milestone

The Open Platform Company

Language    Where to buy    Downloads    Login    Software Registration

**Home    Solutions    Products    Support    Partners    Company    News**

EXHIBIT _E_
PAGE _1 of 10_

**Exhibit 1 p 50 of 82**



**Partners**

Training and Certification
How to become a Milestone
Partner
Distributors
Resellers
Solution Partners
Manufacturer Partners
   MAP Overview
   MAP Application
   Current Manufacturer Alliance
   Partners

"It is a profitable investment for us to use this integrated solution. We can check all cash register transactions where there've been problems or errors, and together with the images of the incidents, analyze what happened, and by whom. Cases are resolved very fast."

Birk Hansen, Station Manager Statoil gas station

**Official Milestone Manufacturer Alliance Partners (MAPs)**

360 Vision
ACTi
Advantech
AgileMesh
American Dynamics
APPRO
Apro Technology
Arecont
AVS Uriel
Axis
Barix
Basler
Baxall
Bosch
Brickcom
Canon
CBC
Checkpoint Systems
Convision
CNB
Dahua
Darim
Dedicated Micros

# Current Manufacturer Alliance Partners (MAPs)



**Ensuring the highest quality solution**

Milestone Manufacturer Alliance Partners are part of a formalized program which escalates the tech partners and Milestone. The priority program further builds on the rigorous testing and implementatio securing the utmost quality in the integrated solution. This provides the optimal functionality between Platform IP Video Management Software.

Look for the official "Supported by Milestone" logo in our MAP Partner product offerings, and naviga the IP Video surveillance world.

E 2 of 10

Exhibit 1 p 51 of 82

2 of 10                                                                 11/11/2011 9:31 A

**360 Vision**



360 Vision Technology Ltd are the leading UK Designers and Manufa
Matrix Systems. Our extensive range of fully functional Internal and E:
but stylish Predator, Black Hawk Dome and VisionDome Range.

**ACTI**



ACTi Corporation is the technology leader in IP surveillance, focusing
extensive technology innovations in the development of JPEG/MPEG-
customers to enjoy best quality video performances from VGA up to N

**AgileMesh**



AgileMesh designs, manufactures, markets, and supports rapidly depl
and first responders. Using the latest in wireless mesh networking tec
HazMat teams, VIP protection details, and event operators to acquire
areas of interest. This occurs with upmost security and, using our pa
networking concepts or terminology.

**American Dynamics**



American Dynamics, part of Tyco Security Products, manufactures h
integrate them together. Continually advancing and transforming video
announced illustra brand IP cameras, American Dynamics supports l
management systems, leaving no customer behind.
American Dynamics portfolio also includes the VideoEdge IP NVR, S
switchers and the entry level TVR, along with keyboards, multiplexers,
a complete, state of the art video surveillance system.

**Appro**



Over the years, APPRO has focus on training professional engineers
advancement, in the fields of hardware improvement, software integra
broadband telecommunication technology. APPRO also adopts flexible
competitive price to its distribution partners.

**Arecont Vision**

Arecont Vision manufactures HDTV surveillance IP cameras and soft
the company offers the world's fastest multi-megapixel (10M, 8M, 5M,
video frame rates. Arecont Vision's new line of H.264 high definition c
various frame rates and resolutions for a variety of applications. Arec
unbeatable price providing vastly superior alternative to analog CCTV.

**Axis**

Axis is an IT company offering network video solutions for professiona
network video, driving the ongoing shift from analog to digital video su
surveillance and remote monitoring, and are based on innovative, ope

**Barix**

BARIX is a skills-based manufacturer offering expertise in leading-edg
technology.The company is based in Zurich/Switzerland and has subs
components for IP applications in Pro Audio, Security and Automation

**Exhibit 1 p 52 of 82**







Basler Vision Technologies is a leading German manufacturer of digit
applications, as well as for the video surveillance market. Basler has n
have designed and manufactured high quality digital cameras for over
image quality, high reliability, ease of use, and ease of integration.

**Bosch**



The Bosch Group is a leading global supplier of technology and servic
consumer goods, and building technology. Within this organization, B
solutions and services for security, safety and communications. The p
of-the-art IP-solutions, Access Control Systems, Intrusion Detection S
Management Systems, Public Address and Conference Systems, Pro

**Brickcom Corporation**



Headquartered in Taiwan, Brickcom Corporation is a leading manufac
surveillance solutions. The company's comprehensive product portfoli
video management hardware and software, and a full range of network
Solution® can provide a complete wired or wireless IP security system

**Canon**



Technology is the source of growth and profit at Canon.
While continuously cultivating the five "imaging engines" —image cap
and displays—Canon has strengthened the research capabilities to de
While pursuing the development of the key devices and key compone
effort into the development of platform technologies that can be shared

**CBC Group**



CBC is involved in the production of organic and synthetic chemicals,
commercial floor coverings, plastics and resins. With sales and distrit
meet the needs of the North, South, and Central American markets.

**CNB**



CNB Technology Inc., is a total security solution company and one
products in Korea. We have developed and manufactured a compreh
market. Our goal is to provide excellent goods and services to our cust

**Convision**



Convision offers proven network video solutions from a single source.
network technology have made us security industry experts for industi
offer major advantages through their fast installation, simple commissi
servers set standards for performance and reliability. The cameras us
tailored to each server. Convision Management Software delivers high
user interfaces. Software at the service of the user rather than the oth

**Darim Vision**

**DARIM®**

An international developer of video compression and transmission tech
communication more accessible. Founded in 1991 and headquartered
continuously launching technologically advanced products in its princi
Broadcasting, and Security. Our surveillance solutions provide simulta



and the PC with its associated web-based applications and solutions.
size commercial and industrial applications, the products are designe

## Descrete Electronics



Discrete Electronics, Inc is a full service provider for electronic survei
upgrades and repair of all equipment. Every product we produce can

To readily provide equipment and customization all Discrete products
boards, control programs, metal work, laser engraving/cutting and pai
customer without changing a complete production process. We speci
Sony, Axis, Samsung etc...

## DVTEL



DVTel's series of ioimage intelligent analytic products include a range
video analytics for powerful automated detection and autonomous trac
removed items and more. Available solutions include the ioicam series
which are combined with ioimage intelligent video analytics and advan
deployment time and increase surveillance capabilities.

## D-Link



D-Link is the global leader in connectivity for small, medium and large
winning designer, developer and manufacturer of networking, broadba
communications solutions for the digital home, Small Office/Home Offi
Workgroup to Enterprise environments.  With millions of networking a
is a dominant market participant and price/performance leader in the

## Etrovision



Etrovision Technology is the industry leader in designing and manufac
applications. Based on solid strength and experiences in IP-based tec
user scenario make our products outstanding and cost-effective.

## Everfocus



EverFocus Electronics Corp. is a leading manufacturer of IP & CCD
access control panels and readers, video processors, and other CCT
Taiwan, EverFocus has subsidiaries located around the world includir
fulfill the different demands from worldwide customers, EverFocus pro
information. EverFocus products meet the international requirements

## Eyeview



We have in-house R&D team with Mechanical Engineer, Electrical En
the in-time technical support to customer. Our main products include +
dome camera, IR camera, Video Server, control keyboard etc.

## FLIR



FLIR thermal security cameras give security professionals the power
and light fog. Featuring standard 640x480 resolution, and available wit
security cameras come in fixed, pan/tilt, and dome configurations. FL
broadest selection of resolutions and lens options, making them the pe

**Exhibit 1 p 54 of 82**

E
5 of 10   11/11/2011 9:31 AM

5 of 10



technologies. Grandeye also has certain exclusive rights to IPIX techr

### Hikvision



Hikvision Digital Technology Co., Ltd., the leading supplier of digital vi
in research and development of video technology. From A/V compres
purpose digital video servers, to networked front-end products such as
most advanced H.264 solution for digital surveillance industry based o

### Hitron



Hitron, as a leading manufacturer in the field of security and surveillar
of security, video surveillance products and security components for p
include analog, digital and IP cameras; digital video recorders; networ
switcher and multiplexer; accessories of housing and cables, and othe
headquartered in South Korea.

### Hunt Electronics



With the reputation of offering high-quality products and excellent cus
implemented ISO 9001 National Quality Management Standard to ensu
satisfaction of customers.
Being a top CCTV solution provider in Taiwan with a global focus, Hur
marketing strategy, world-class operating efficiencies and employee c

### ICanTek



iCanTek, a Korean company, pioneered the world's first IP camera fe
synchronized bidirectional audio. The name iCanTek stands for "Inter
implies, we are devoted to delivering products and solutions using the
services on the internet will become mainstream communication tec
today. Our mission is to develop affordable and enabling technologies
client applications are just the beginning of what we do.  We also engi
Engineered for today and built to last for tomorrow, our products affor

### Ikegami



Ikegami is a leading manufacturer of specialized cameras, image pro
in 1946 in Tokyo, Japan. Today around 1000 employees are working
over the world. Ikegami has consistently created the most advanced p
transmission, processing, recording and display.

### Infinova

Infinova is a high-end security manufacturer of complete solutions wil
products at Infinova facilities under strict production and quality contr
By complete solution we do not mean proprietary. From the control ro
security products that are compatible with the leading brands in the ir
Partners. Under our complete solution approach, we are responsible
deliver. Our Channel Partners have one vendor to work with, Infinova.
Infinova is an industry leader in customer service offering our Chann
turnaround. As a manufacturer we have the flexibility to customize a s
hardware and software.

### IPX


E.
6 of 10



### ioimage



The ioimage series of intelligent analytic products include a range of i
video analytics for powerful automated detection and autonomous trac
removed items and more. Available solutions include the ioicam series
which are combined with ioimage intelligent video analytics and advan
deployment time and increase surveillance capabilities.

### IQinVision



IQinVision designs, manufactures and markets the IQeye family of hig
processors, and network video recording (NVR) systems. Established
headquarters in California and regional offices in Lancaster, Pennsylv
IQinVision has redefined the surveillance and industrial video markets
network cameras.

### i³ International



Celebrating 25 years, i³ International is a manufacturer of IP video tec
integration. I³'s in house Video Analytic such as human tracking, visio
predict future consumer behavior. The product will accurately predict
in hand will lead to an, increase in sales, and extend the relationship b

### JVC Professional



JVC is one of the world's leading developers and manufacturers of so
Building upon a wealth of technologies, exemplified by the JVC-develo
decisively to offer appropriate solutions for the multimedia age. To ren
century, JVC is marshalling its resources to create the ultimate in app
Read more about JVC Network Video Recorder

### LG Electronics



LG's Solution Intelligence comprises advanced IP surveillance camer:
features and a surveillance monitor to enable reliable, effective and e
LG's Solution Intelligence successfully demonstrates our technology k
security industry is moving away from passive monitoring towards pro
We are confident this Solution Intelligence will help our customers ach
and convenient remote management.

### Messoa



MESSOA is a professional manufacturer of superior surveillance prod
widely in their design, materials technologies, and intended application
process, as well as commitment for R&D expertise led to impressive b
reliable and easy-to-use, from our top-of-the-line to our professional c

### Mobotix



MOBOTIX AG sees itself as a software company with in-house hardw:
network-based video security solutions. The company focuses on the
from a single source. The publicly traded company with headquarters
network camera technology since its founding in 1999 and its decentr
cost-efficient.

**Exhibit 1 p 56 of 82**

E
7 of 10

  

### Optelecom



Optelecom-NKF is the manufacturer of Siqura® the total video surveil
video servers/codecs, network video recorders, fiber transmission eq
management software based on an open technology platform.
Siqura simplifies integration and installation, enabling end-users to op
reducing the total cost of ownership. Siqura solutions are found in the
Commercial Security, and Government markets.

### Panasonic

**Panasonic**

Panasonic's vision of the digital future is driven by the needs and aspi
consumers around the world who use the products every day. Panaso
of working smarter and enjoying the rewards of technological advance

### Pelco

*PELCO*

Operating from the largest manufacturing complex of these products in
enclosures, positioning systems, network video products, matrix syste
electronics products in the never-ending pursuit of achieving 100-perc

### Pixord

**PiXORD**

PiXORD, founded in the year 2000, is a global manufacturer specializ
Cameras, Video Servers, and Storage Solutions. PiXORD delivers a f
Industrial, Professional and Small Office/ Home Office environments. '
competitors', our mission is to provide our products with innovative tec
communication simpler, faster and better.

### Provideo



We have dedicated to field of Video Capture for more than 20 years a
of commitment and investment to develop industry expertise for our cli
solution, including S/W(Hybrid A/P, CMS), H/W, Firmware and SDK.
customer benefits and to avoid interest conflict. Our mission is to be in
final measure.



Samsung is a full professional security solutions provider with a produ
products are backed by a full three-year warranty and Samsung Tech
free system design, free-phone technical support and local service ce

### Sanyo

**SANYO**

Sanyo Electric Group, by developing unique technologies and offering
a corporation that is loved and trusted by people around the world. The
the people of the world.

### Siemens

**SIEMENS**

The Siemens brand is recognized worldwide for quality, leading edge
of CCTV, Access Control and Intruder Detection, Siemens provides c
applications from entry level, fully networked, to enterprise.

### Sony

**Exhibit 1 p 57 of 82**



11/11/2011 9:31 A



## Speco Technoligies



For over 49 years Speco Technologies has been a leader in pioneerin
quality products for security, CCTV, and audio industries. Speco con
coordinate the converging of IP networking, video surveillance and tw

## Stardot



StarDot Technologies is a designer and manufacturer of IP video solu
use and reliability.
The NetCam SC Megapixel security line is sold through US and intern
StarDot provides solutions to a wide variety of organizations, including
business sectors include security, tourism, construction, education ar

## Surveon



Surveon Technology offers end-to-end network video surveillance solu
design, high-availability video storage, embedded firmware and video
in-house and manufactured at our ISO 9001 and ISO 14001 certified
product lineup helps reduce integration effort and compatibility risks, v

## Toshiba

**TOSHIBA**

Toshiba, a world leader in high technology, is a diversified manufactu
products, spanning information & communications equipment and sys
components and materials, power systems, industrial and social infras

## UDP



UDP is a leading provider of digital video solutions marketed exclusive
with own sales channels
Our product range covers:
    All types of H.264 & MPEG-4 IP camera, Megapixel and real time
    Stand alone and blades H.264 IP Encoders and decoders
    External H.264 video compression rack enclosure
The entire UDP products are equipped with our unique Primary Video
Video Analytics surveillance package.

## VideoIQ



VideoIQ's all-in-one iCVR video surveillance solutions deliver up to full
and zero calibration adaptive analytics. Unlike conventional IP video s
storage challenges, VideoIQ's iCVR dome cameras store video in up t
while reducing network traffic and bandwidth consumption by over 90
need calibrating, eliminating the need to manually tune or adjust the ai
installation and maintenance costs.

## Videology



Videology's mission, as a leading video camera developer and manufa
high quality, most cost effective products and solutions available. Vide
video, image acquisition, display technologies and products to OEMs

## Videotec

Videotec, since 1986, designs and produces cctv professional system

**Exhibit 1 p 58 of 82**    *E.*    11/11/2011 9:31 AM

© Milestone Systems 1998-2011     Site policy    Contact us

**Exhibit 1 p 59 of 82**

E.
*10 of 10*

1

2

3    IN THE CIRCUIT COURT OF THE STATE OF OREGON

4    FOR THE COUNTY OF WASHINGTON

5    MILESTONE SYSTEMS, INC.,          )
6    an Oregon Corporation             )    Case No. C12-0177CV
                                       )
7                        Plaintiff,    )    DECLARATION OF MANUEL NYLEN
                vs.                    )    IN SUPPORT OF PLAINTIFF'S MOTION
8                                      )    FOR PRELIMINARY INJUNCTION
     RIAN SCHERMERHORN,                )
9                                      )
                         Defendant.    )
10                                     )
                                       )
11

12        I, Manuel Nylen, do hereby declare under penalty of perjury:

13        1.        I am Vice President of Field Sales, Americas for Milestone Systems, Inc.

14   ("Plaintiff"). I am over 18 years of age. I submit this declaration in support of Plaintiff's Motion

15   for Preliminary Injunction, and I have personal knowledge of the matters set forth in this

16   declaration.

17        2.        Plaintiff is a subsidiary of a global company headquartered in Copenhagen,

18   Denmark. Plaintiff's United States headquarters are located in Beaverton, Oregon.

19        3.        Plaintiff is a software company. Plaintiff's business is developing and making

20   security software that records and manages images captured by analog and digital security

21   cameras.

22        4.        On September 30, 2009, Plaintiff sent to Defendant a written offer of employment

23   informing Defendant that as a condition of his employment he would be required to sign an

24   Employee Confidentiality, Intellectual Property and Noncompete Agreement ("Agreement").

25   Attached as Exhibit A is a true and accurate copy of the offer letter.

26        5.        Exhibit A was sent to Defendant via email. Plaintiff has no reason to believe that

PAGE 1 - DECLARATION OF MANUEL NYLEN IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCRI\Pleadings\declaration in support of preliminary injunction.Nylen.wpd

Exhibit 1 p 60 of 82

1    Plaintiff did not receive the offer letter on September 30, 2009. Defendant's start date was to be

2    October 19, 2009, as clearly stated in Exhibit A.

3          6.      On October 5, 2009, Defendant consented to a background check. Attached as

4    Exhibit B is a true and accurate copy of the Background Check Consent Form.

5          7.      On October 6, 2009, Defendant signed the Agreement. Attached as Exhibit C is a

6    true and accurate copy of the Agreement.

7          8.      On October 19, 2009, Defendant began working for Plaintiff as an outside sales

8    manager in the position of Northwest Territory Manager. He was responsible for developing

9    business and revenue growth in the northwestern United States by working with customers and

10    distributors. On a daily basis, he exercised discretion and independent judgment to increase

11    sales, develop business, and grow revenue in his territory. He was paid an annual base salary of

12    $75,000.00.

13          9.      When Defendant was hired, he was given complete access to sensitive

14    confidential, proprietary and trade secret information for Plaintiff's business across the United

15    States. In the performance of his job duties, Defendant utilized this information on a regular

16    basis.

17          10.     The confidential, proprietary and trade secret information included specific

18    customer information, dates of customer purchases, and products purchased for customers

19    throughout the entire United States; detailed financial information, detailed competitive pricing

20    and discount structure; detailed knowledge of Plaintiff's strategy into developing markets and

21    industries and product placement strategy; and Plaintiff's plans for innovative and new product

22    design and enhancement.

23          11.     This confidential, proprietary and trade secret information forms the basis of

24    Plaintiff's ability to compete in the marketplace. Plaintiff takes reasonable steps to protect its

25    interest in this information, such as having employees sign confidentiality agreements, and this

26    information is not available to the public.

PAGE 2 - DECLARATION OF MANUEL NYLEN IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCR\Pleadings\declaration in support of preliminary injunction.Nylen.wpd

Exhibit 1 p 61 of 82

1       12.     Defendant received specific training on how to sell Plaintiff's technology and

2   products and how to compete in the United States marketplace, including how to best place

3   Plaintiff's products at strategic price points and how to undervalue a competitor's products.

4       13.     Exacq Technologies is one of Plaintiff's direct competitors.   Exacq Technologies

5   competes with Plaintiff for the customer and market share for its respective IP video surveillance

6   software

7       14.     Defendant received detailed and ongoing training on how to directly compete with

8   Exacq Technologies. He received focused training specific to Exacq Technology products,

9   systems, product placement, and product pricing.

10      15.     On May 20, 2011, Plaintiff terminated Defendant's employment.

11      16.     The term of the noncompetition provision in the Agreement is one year from the

12  date of Defendant's termination.

13      17.     In October 2011, Defendant began working for Exacq Technologies as its

14  Western Sales Representative.

15      18.     As a Western Sales Representative for Exacq Technologies, Defendant is in a

16  position to cause irreparable harm to Plaintiff through the disclosure or use of Plaintiff's

17  confidential, proprietary and trade secret information and thereby putting Plaintiff at a

18  competitive disadvantage in the western United States which will likely lead to the loss of

19  important customers and hinder Plaintiff's ability to acquire new customers.

20      19.     Plaintiff sent Defendant a letter on October 18, 2011 reminding him of his

21  continuing obligations to Plaintiff contained in the Agreement.  To date, Defendant has replied to

22  the letter.

23      20.     Plaintiff may suffer immediate and irreparable injury, loss or damage before a

24  hearing can be held.

25

26

PAGE 3 - DECLARATION OF MANUEL NYLEN IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCR\Pleadings\declaration in support of preliminary injunction.Nylen.wpd

Exhibit 1 p 62 of 82

1    I hereby declare that the above statements are true to the best of my knowledge and

2    belief, and that I understand they are made for use as evidence in court and is subject to

3    penalty for perjury.

4

5    DATED this _10th_ day of January, 2012.

6

7

8

9    Manuel Nylen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 4 - DECLARATION OF MANUEL NYLEN IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCRJ\Pleadings\declaration in support of preliminary injunction.Nylen.wpd

Exhibit 1 p 63 of 82



September 30, 2009

Rian Schermerhorn
9401 NW 22nd Ct.
Vancouver, WA 98665

Dear Rian:

Welcome to Milestone Systems, Inc. (Milestone). We are pleased that you will be joining us on October 19, 2009. There will be a three month trial period as of this date. This letter will serve to provide written confirmation of the terms and conditions of your employment with Milestone.

You will be employed as Territory Manager initially responsible for the following states: OR, WA, WY, MT, ID, AK reporting to our Sales Manager Tim Palmquist, with those duties and responsibilities discussed with you during the course of the recruitment process. Territories may be changed from time to time and it is fully up to the company's management to allocate territories.

There are currently two components to our compensation plan: Base salary and commission. The sum of these components will be referred to as Target Compensation (T-Comp), and we believe the total salary level offered to be competitive in the local market.

Your initial base salary will be $6,250.00 per monthly pay period (paid either on the last day of the month, or the last Friday of the month, whichever applies), which annualized is $75,000.00. A salary adjustment, if appropriate, will be effective after our annual company-wide base salary review period in July 2011.

Your sales target for remaining Q4 2009 will be $120,000 and your stretch target for remaining Q4 2009 will be $156,000. Your Target Commission is $30,000 per year and $6,250 for remaining Q4 2009 (2.5 months x $30,000). This means you will have a 5.2083% commission rate on sales in 2009 up to your sales target. Once the target has been achieved, your commission percentage will be multiplied by a factor two (2). When you reach your stretch target you will receive a stretch bonus of $2,500.

No later than January 15, 2010 a percentage commission for revenue under the sales in your territory will be calculated for 2010. This calculated percentage will produce a target commission to you based on the 2010 budgeted revenue in your territory. The estimated budget for the NW territory in 2010 is between $700,000 and $800,000.

In addition to this a 3% Safe harbor non-elective contribution with a discretionary profit sharing of up to an additional 3% of your compensation will be made by Milestone to a Safe Harbor 401(k) Plan for the plan year 2009. An amendment to the plan will take place on January 1, 2010, and the employer contribution will then be changed to an Enhanced Safe Harbor Match dollar by dollar up to 6% of your compensation.

Milestone Systems Inc, 8905 SW Nimbus Avenue, Suite 400, Beaverton, OR 97008, USA
Tel: +1 503 350 1100 Fax: +1 503 350 1198

EXHIBIT A 143

Exhibit 1 p 64 of 82

As an employee, you also have the opportunity to participate in Milestone's Safe Harbor 401(k) Plan. You are eligible to make salary deferrals of up to $16,500 in 2009. You will be eligible to join the plan as of day one of your employment. Again, the eligibility requirements will be changed as of January 1, 2010, and the date of entry into the plan will then be the first day of the month succeeding the third month from date of employment. Please read more about this plan in the enclosed Milestone Systems, Inc. 401(K) Plan "Summary Plan Description".

Starting on the first day of the month following your 90-day employment with the Company, you will be enrolled in our Life/AD&D, STD and LTD insurance. A separate package with complete information about the different policies will be sent to you upon signing this contract.

In accordance with existing Milestone policy, you will be eligible for 20 business days of vacation per year, to be taken at times mutually agreed to by your manager, accruing at a rate of 1.666 days or 13.33 hours of vacation for every month of service and based upon your employment anniversary date. Accrued vacation can be taken after 4 months of employment, not to exceed 1 week (5 business days) of vacation during the first six months of employment. All accrued, but unused vacation may be rolled over to the next year, subject to a cap of 30 days.

You and your dependents will be eligible for health insurance starting on the first day of the month following your 3 month trial period.
We will be signing up for a national company plan with Regence Blue Cross for medical insurance and United Healthcare for dental insurance no later than January 1, 2010, but it could be as early as November 1, 2009. All employees residing outside of Oregon, would be using the Blue Card.
If you choose to elect health insurance, a monthly deduction of 10% of your premium on both the medical and the dental insurance will be withdrawn from your payroll. You will receive detailed information concerning Milestone's policies and procedures regarding benefits during your orientation.

As a condition of employment, Milestone is required to certify the legal status of all employees (I-9 documentation.) Therefore, on your first day of employment, it is imperative that you provide documentation providing both authorization to work and identity.
In addition, your employment is conditional on your signing Milestone's standard Employee Confidentiality, Intellectual Property and Non-compete Agreement.

Another condition of employment with Milestone is that a favorable background screening, as well as a negative drug test has been achieved.

Company will make available necessary computer equipment to perform your job while employed.

Company will make available a Blackberry Curve to be used for business purposes. If, for some reason, you as an employee would want another Blackberry model, you would be able to purchase one at your own expense. Please note that any other model than BB Curve would not be supported by our IT Department. Private usage will be allowed within reasonable scope. You would be eligible for a national plan, which includes unlimited voice, data and text messaging.

Milestone Systems Inc, 8905 SW Nimbus Avenue, Suite 400, Beaverton, OR 97008, USA
Tel: +1 503 350 1100 Fax: +1 503 350 1198

Exhibit 1 p 65 of 82

EXHIBIT A 213



Company will own your cell phone number, and you will be part of either the AT&T or Verizon company plan, whichever gives you the best coverage in your territories.

Company will also cover your private internet connection with up to $50/month to be claimed through out-of-pocket expenses.

You will receive a company Visa credit card in your name. Receipts need to be submitted through expensewire.com no less than once a month. All charges must be approved by your manager. Should you be more than 3 months late in reporting charges incurred on your company credit card, the card will be cancelled without prior notice, and you will have to carry your own credit going forward. In addition, during these circumstances, any company credit card charge that does not have a supporting and approved receipt will be booked as a private expense and withdrawn from your payroll until such documentation has been received by Milestone.

Mileage when using your private vehicle will be reimbursed based on current IRS stipulated mileage rates.

We are enthusiastic about your participation as an important member of the Milestone team and are confident that you will find at Milestone an environment fostering personal and professional growth. Please note that this letter does not constitute an employment contract, and once hired, you will be an at-will employee. As well, this offer is contingent on a favorable reference and background check. If you have any questions prior to your joining us, please feel free to call me at 503-350.1100.


Sincerely,


Eric Fullerton
President
Milestone Systems, Inc.


Acceptance:


Employee Signature


10/3/09
Date


Milestone Systems Inc, 8905 SW Nimbus Avenue, Suite 400, Beaverton, OR 97008, USA
Tel: +1 503 350 1100 Fax: +1 503 350 1198


**Exhibit 1 p 66 of 82**

EXHIBIT A 3-3

## BACKGROUND CHECK CONSENT FORM

Applicant's Name:    RIAN    E.    SCHERMERHORN

| First | M.I. | Last |
|-------|------|------|

     I understand that HireRight, Inc. has been contracted by Milestone Systems, Inc. to perform a background investigation on me regarding my prospective employment. I hereby authorize HireRight, Inc. to research my driving record and/or criminal history, to be included in an Employee Profile Report. I release and hold HireRight, Inc. and Milestone Systems, Inc., and their respective officers, directors and employees harmless from any and all liability with respect to the investigation, verification and/or use of any information relevant to my application for employment.

     I understand that a background check is a consumer report which is covered under the Fair Credit Reporting Act, and I have received a copy of my rights under the FCRA. If an employment decision which adversely affects me is made based upon information obtained through a consumer report, I understand that I have the right to request a free copy of the report. If I dispute the information, I will have three (3) business days to conclusively demonstrate the inaccuracy of the information.

**Please use blue or black ink. Print neatly.**

| | |
|---|---|
| **Last Name** | SCHERMERHORN |
| **First Name** | RIAN |
| **Middle Name** | ELLIOTT |
| **Current Address 1** | 9401 NW 22ᴺᴰ CT. |
| **Current Address 2** | |
| **Current City** | VANCOUVER |
| **Current State/Province** | WA |
| **Current Zip/Postal Code** | 98665 |
| **Current Country** | USA |

EXHIBIT B 1/5

Exhibit 1 p 67 of 82

| Social Security Number | 544 · 21 · 4396 | | |
|---|---|---|---|
| Date of Birth (mm/dd/yyyy) | 06 · 11 · 1976 | | |
| Name on Driver's License RIAN E SCHERMERHORN | License Number SCHERRE247LJ | Issuing State | WA |

## CERTIFICATION AND AUTHORIZATION

I certify that the information contained on this form is true, correct and complete to the best of my knowledge. I understand that the positions require criminal history and/or driving record background checks for the purpose of evaluating me for employment, continuing employment, promotion or transfer. I also understand that any misrepresentation, falsification or omission of facts herein may be grounds for disqualification or separation.

Signature _____    Date _____10/5/09_____

*Para informacion en espanol, visite www.ftc.gov/credit o escriba al FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

! **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

! **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

    ! a person has taken adverse action against you because of information in your credit report;

    ! you are the victim of identify theft and place a fraud alert in your file;

    ! your file contains inaccurate information as a result of fraud;

    ! you are on public assistance;

    ! you are unemployed but expect to apply for employment within 60 days.

    ! In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nation wide

EXHIBIT B 2 of 5

Exhibit 1 p 68 of 82

specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

! **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score nformation for free from the mortgage lender.

! **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

! **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

! **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

! **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

! **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5OPTOUT (1-888-567-8688).

! **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

! **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

Exhibit 1 p 69 of 82

EXHIBIT B 3-5



States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6<br>Washington, DC 20219<br>800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs<br>Washington, DC 20551<br>202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints<br>Washington, DC 20552<br>800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street Alexandria, VA 22314<br>703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center<br>2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638<br>877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation<br>Office of Financial Management<br>Washington, DC 20590<br>202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator – GIPSA<br>Washington, DC 20250<br>202-720-7051 |

Milestone Systems Inc, 8905 SW Nimbus Avenue, Ste 400, Beaverton, OR 97008, USA
Tel: +1 503 350 1100 Fax: +1 503 350 1199



Exhibit 1 p 70 of 82

EXHIBIT B 495

A TRUE COPY

1

2

3

4          IN THE CIRCUIT COURT OF THE STATE OF OREGON

5              FOR THE COUNTY OF WASHINGTON

6  MILESTONE SYSTEMS, INC., an          )
   Oregon corporation,                  )    Case No. *C12-0177CV*
7                                        )
                  Plaintiff,            )    PLAINTIFF'S MOTION TO SHORTEN
8                                        )    TIME FOR DISCOVERY
       v.                                )
9                                        )    EX PARTE
   RIAN SCHERMERHORN,                    )
10                                       )
                  Defendant.            )
11 _____ )

12                         **MOTION**

13       Pursuant to ORCP 43B and ORCP 45B, Plaintiff moves the court for an Order

14  authorizing Plaintiff to conduct limited expedited discovery with its Motion For Order to Show

15  Cause Why Preliminary Injunction Should Not Issue, which is being filed contemporaneously

16  with this motion.  Plaintiff moves the court for an Order shortening the time in which Defendant

17  has to appear for a deposition, respond to a Request for Production of Documents (ORCP 43B),

18  and to respond to a Request for Admissions (ORCP 45B).

19       In support of this motion, Plaintiff relies on the Complaint filed in Washington County

20  Circuit Court Case No: *C12-0177CV*, Motion For Order to Show Cause Why Preliminary

21  Injunction Should Not Issue ("Preliminary Injunction Motion"), and the Declaration of Lisa A.

22  Amato.

23                   **POINTS AND AUTHORITIES**

24       Plaintiff develops security software that records and manages images captured by analog

25  and digital security cameras.  Defendant was employed as Plaintiff's Northwest Territory

26  Manager, from October 19, 2009 until his employment was terminated on May 20, 2011.  The

PAGE 1 - PLAINTIFF'S MOTION TO SHORTEN TIME FOR DISCOVERY

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

**Exhibit 1 p 71 of 82**

1   Preliminary Injunction Motion seeks to enjoin Defendant from breaching the noncompetition

2   provision of the Employee Confidentiality, Intellectual Property and Noncompete Agreement that

3   he signed at the beginning of his employment.

4         ORCP 43B and ORCP 45B authorize the court to shorten the time that defendant has to

5   respond to a request for production of documents and a request for admissions.   In this case, if

6   discovery is not commenced immediately, Plaintiff will be left without any effective remedies.

7   While Plaintiff is aware that Defendant is employed with one of Plaintiff's direct competitors,

8   Plaintiff does not know the full extent of Defendant's job duties or the full extent to which

9   Defendant has disclosed Plaintiff's confidential and proprietary information to his current

10  employer or any other third party.

11        Expedited discovery is therefore needed to prepare for a hearing on Plaintiff's

12  Preliminary Injunction Motion, as the full extent of irreparable harm cause by Defendant is not

13  yet known.

14

15        DATED:   January ⎵⎸⎵ , 2012.

16                              WYSE KADISH LLP

17

18                           By: _____

19                              Lisa A. Amato, OSB No. 920253
                                laa@wysekadish.com
                                Attorneys for Plaintiff

20

21
                                Trial Attorney:  Lisa A. Amato, OSB No. 920253
22

23

24

25

26

PAGE 2 - PLAINTIFF'S MOTION TO SHORTEN TIME FOR DISCOVERY

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCR\Pleadings\Motion Expedited Discovery.wpd

Exhibit 1 p 72 of 82

## CERTIFICATE OF SERVICE

1

2

3      I hereby certify that I did/did not (circle one) serve a copy of give notice of PLAINTIFF'S

4  MOTION TO SHORTEN TIME FOR DISCOVERY to him/her (circle one) on [date]

5  _____at [time]_____ AM/PM (circle one) by [method of

6  service/notice] _____.

7      No service was made because time is of the essence.  I have no knowledge that

8  Defendant has legal representation at this time.  I have tried to contact Defendant and Defendant

9  never responded.

10

11      DATED: January 12,  2012.

12

13                                         _____

14                                         Lisa A. Amato, OSB #920253
                                         Attorney for Plaintiff
15                                         laa@wysekadish.com

16

17

18

19

20

21

22

23

24

25

26

F:\m\MILSY\SCRI\Pleadings\certificate service.Motion for Preliminary Injunction.wpd     **Exhibit 1 p 73 of 82**

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135



A TRUE COPY

1

2

3

4           IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                   FOR THE COUNTY OF WASHINGTON

6   MILESTONE SYSTEMS, INC., an          )
    Oregon corporation,                  )    Case No. C12-0177CV
7                                        )
                        Plaintiff,       )    ORDER TO SHOW CAUSE WHY
8                                        )    PRELIMINARY INJUNCTION
         v.                              )    SHOULD NOT ISSUE
9                                        )
    RIAN SCHERMERHORN,                    )    EX PARTE
10                                       )
                        Defendant.       )
11  _____)

12  **TO: Rian Schermerhorn, Defendant:**

13          Based on Plaintiff's Motion and supporting Declarations filed herein, and it appearing

14  that good cause exists,

15          YOU ARE HEREBY ORDERED to appear before the above entitled Court on

16  Feb. 27, 2012  at 1:30  ✗✗m./p.m. at the Washington County Courthouse,150 N 1st

17  Avenue MS37, Hillsboro, OR 97124, to show cause, if any exists, why the following

18  Preliminary Injunction Order should not be entered:

19          1.    Defendant must cease his employment with Exacq Technologies through May 19,

20                2012.

21          2.    Defendant is barred from working with any of Plaintiff's competitors through

22                May 19, 2012.

23  Dated this 12  day of  January , 2012.

24

25                                    /S/ D. Charles Bailey
                                          Circuit Court Judge

26

PAGE 1-    ORDER TO SHOW CAUSE WHY PRELIMINARY        WYSE KADISH LLP
           INJUNCTION SHOULD NOT ISSUE                      Suite 1300
                                                       621 SW Morrison Street
F:\m\MILSY\SCR\Pleadings\Order for Preliminary Injunction.wpd    **Exhibit 1 p 74 of 82**    Portland, Oregon 97205-3816
                                                            (503) 228-8448
                                                       Facsimile: (503) 273-9135

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    SUBMITTED BY:
       Lisa A. Amato, OSB #92025
25    Attorney for Plaintiff
       E-mail: laa@wysekadish.com
26

PAGE 2-    ORDER TO SHOW CAUSE WHY PRELIMINARY
              INJUNCTION SHOULD NOT ISSUE

F:\m\MILSY\SCRI\Pleadings\Order for Preliminary Injunction.wpd

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

Exhibit 1 p 75 of 82

A TRUE COPY

2012 JAN 12

1

2

3

4

5

6  IN THE CIRCUIT COURT OF THE STATE OF OREGON

7  FOR THE COUNTY OF WASHINGTON

8

MILESTONE SYSTEMS, INC.,
9      an Oregon Corporation )  Case No. C12 - 0177 CV

10                      Plaintiff,

      vs.                        ORDER ON PLAINTIFF'S MOTION TO
11                               SHORTEN TIME FOR DISCOVERY
RIAN SCHERMERHORN,

12                     Defendant.

13

14

15        This matter having come before the Court on Plaintiff's Motion to Shorten Time for

16  Discovery and the Court being fully advised, now, therefore, it is hereby

17        ORDERED that Plaintiff's motion is granted as follows:

18        1.      The Court grants Plaintiff leave to take depositions of the Defendant and all other

19  witnesses and to serve a Requests for Admissions prior to the time specified in ORCP 7 for

20  Defendant to appear and answer Plaintiff's Complaint.

21        2.      Plaintiff is allowed to shorten the time required for Defendant to respond to

22  Plaintiff's Request for Admissions prior to the time provided in ORCP 45B. Defendant is

23  required to respond to a Request for Admissions within _20_ days from the date the Request of

24  Admissions was served.

25

26

PAGE 1 -    ORDER ON PLAINTIFF'S MOTION TO SHORTEN
            TIME FOR DISCOVERY

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205
(503) 228-8448
Facsimile: (503) 273-9135

**Exhibit 1 p 76 of 82**

F:\m\MILSY\SCRI\Pleadings\Order Plaintiff's Motion to Shorten Time for Discovery.wpd



1    3.    Plaintiff is allowed to request that Defendant produce documents at the time of his

2   deposition, or otherwise as soon as possible.

3

4   DATED: Jan 12        , 2012.

5

6                                  /s/ D. Charles Bailey
                                   Circuit Court Judge

7

8

9

10   Submitted by:

11   Lisa A. Amato, OSB No. 920253

12   Wyse Kadish LLP
     Of Attorneys for Plaintiff

13   laa@wysekadish.com

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 2 -    ORDER ON PLAINTIFF'S MOTION TO SHORTEN
            TIME FOR DISCOVERY

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCR\Pleadings\Order Plaintiff's Motion to Shorten Time for Discovery.wpd    **Exhibit 1 p 77 of 82**

A TRUE COPY

1

2

3

4            IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                   FOR THE COUNTY OF WASHINGTON

6    MILESTONE SYSTEMS, INC., an          )
     Oregon corporation,                  )
                                          )    Case No. C12-0177CV
7                                         )
                     Plaintiff,           )
8                                         )    AFFIDAVIT, MOTION AND ORDER
          v.                              )    FOR COMMISSION TO TAKE OUT-
9                                         )    OF-STATE DEPOSITIONS
     RIAN SCHERMERHORN,                   )
10                                        )    EX PARTE
                     Defendant.           )
11   _____)

12   STATE OF OREGON          )
                              ) ss.
13   County of Multnomah      )

14        I, Lisa Amato, attorney for plaintiff Milestone Systems, Inc., being first duly sworn,

15   depose and say that it is necessary in the above-entitled case to take the depositions of the

16   following people and entities in the state of Washington:

17        1.    Rian Schermerhorn;

18        2.    Rian Schermerhorn as the representative of Exacq Technologies; and

19        3.    Exacq Technologies, who shall designate one or more officers, directors,

20              managing agents, or other persons who consent to testify on its behalf, and shall

21              set forth for each person designated, the matters on which such person will testify.

22   DATED: January 11, 2012.

23
                                         Lisa Amato, OSB No. 920253
24                                       laa@wysekadish.com

25

26

PAGE 1- AFFIDAVIT, MOTION AND ORDER FOR COMMISSION          WYSE KADISH LLP
        TO TAKE OUT-OF-STATE-DEPOSITIONS                         Suite 1300
                                                           621 SW Morrison Street
F:\m\MILSY\SCR\Pleadings\motion for out of state depo.wpd   Portland, Oregon 97205-3816
                                                               (503) 228-8448
                                                           Facsimile: (503) 273-9135

**Exhibit 1 p 78 of 82**

1    SUBSCRIBED AND SWORN to before me this _11 th_ day of January, 2012.

2

3    OFFICIAL SEAL
     PATRICIA J MOCKETT
     NOTARY PUBLIC-OREGON
     COMMISSION NO. 459680
     MY COMMISSION EXPIRES AUGUST 17, 2015

     _Patricia J Mockett_
     Notary Public for Oregon
     My Commission Expires: _8/17/15_

4

5    _____

6    Pursuant to ORCP 38 and based on the above affidavit of Lisa Amato, Plaintiff Milestone

7    Systems, Inc. moves this court for an order issuing a commission for depositions to be taken in

8    the state of Washington, and that the commission be effective for 120 days from the date of

9    signing by the clerk.

10                    WYSE KADISH LLP

11

12   By: _____
                 Lisa Amato, OSB No. 920253
                 laa@wysekadish.com

13
                 Bruce H. Orr, OSB No. 81329
14               bho@wysekadish.com

15                    Attorneys for Plaintiff Milestone Systems, Inc.

16   _____

17   **ORDER**

18

19

20

21   IT IS ORDERED that the requested commission be issued, and that the commission shall

22   be effective for _120_ days from the date of signing by the clerk.

23   Signed this _12_ day of ___Jan___, 2012.

24
                 /s/ _D. Charles Bailey_
25               Circuit Court Judge

26

PAGE  2- AFFIDAVIT, MOTION AND ORDER FOR COMMISSION
         TO TAKE OUT-OF-STATE-DEPOSITIONS

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCRI\Pleadings\motion for out of state depo.wpd

Exhibit 1 p 79 of 82

1    **CERTIFICATE OF SERVICE**

2

3          I hereby certify that I did/did not (circle one) serve a copy of give notice of AFFIDAVIT,

4    MOTION AND ORDER FOR COMMISSION TO TAKE OUT-OF-STATE DEPOSITIONS to

5    him/her (circle one) on [date] _____ at [time]_____ AM/PM (circle

6    one) by [method of service/notice] _____.

7          No service was made because time is of the essence. I have no knowledge that

8    Defendant has legal representation at this time. I have tried to contact Defendant and Defendant

9    never responded.

10

11          DATED: January 12, 2012.

12

13                                         _____
                                           Lisa A. Amato, OSB #920253
14                                         Attorney for Plaintiff
                                           laa@wysekadish.com
15

16

17

18

19

20

21

22

23

24

25

26

PAGE 1 - CERTIFICATE OF SERVICE

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

F:\m\MILSY\SCRN\Pleadings\certificate service.Affidvait. Motion and Order for out of state depo.wpd

Exhibit 1 p 80 of 82

A TRUE COPY

1

2

3

4                      IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                          FOR THE COUNTY OF WASHINGTON

6   MILESTONE SYSTEMS, INC., an          )
    Oregon corporation,                  )    Case No. C12-0177CV
7                                         )
                    Plaintiff,            )
8                                         )    COMMISSION TO TAKE FOREIGN
         v.                               )    DEPOSITIONS
9                                         )
    RIAN SCHERMERHORN,                    )
10                                        )
                    Defendant.            )
11  _____)

12

13  TO ANY PERSON AUTHORIZED TO ADMINISTER OATHS IN the state of Washington:

14

15          Pursuant to ORCP 38, by Order of the above titled Court made upon application of

16  Plaintiff in the above-captioned case, you are hereby appointed, commissioned and authorized to

17  take the depositions of the following named people in the State of Washington:

18          1.      Rian Schermerhorn, 2310 N Fourth Way, Ridgefield, WA 98642;

19          2.      Rian Schermerhorn as personal representative for Exacq Technologies; and

20          3.      Exacq Technologies, who shall designate one or more officers, directors,

21                  managing agents, or other persons who consent to testify on its behalf, and shall

22                  set forth for each person designated, the matters on which such person will testify.

23          You are authorized to administer an oath to the above witnesses and to take their

24  depositions on oral examination. You are further authorized and directed to cause the

25  examinations of these witnesses to be recorded and to certify that the witnesses were duly sworn

26

PAGE  1- COMMISSION TO TAKE FOREIGN DEPOSITIONS
F:\m\MILSY\SCR1\Pleadings\commission foreign depositions.wpd

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135

Exhibit 1 p 81 of 82

1   and that the deposition transcripts are a true record of the witnesses' testimony.  This commission

2   expires 120 days from the date of signing.

3          Signed this _ʹ1̣ 2̲_ day of January, 2012.

4                                              Richard E. Moellmer
                                               Trial Court Administrator

5

6                                              By: _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 2- COMMISSION TO TAKE FOREIGN DEPOSITIONS

F:\m\MILSY\SCRI\Pleadings\commission foreign depositions.wpd

**Exhibit 1 p 82 of 82**

WYSE KADISH LLP
Suite 1300
621 SW Morrison Street
Portland, Oregon 97205-3816
(503) 228-8448
Facsimile: (503) 273-9135